IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff, <br><br> v. <br><br> **UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),** <br><br> **Defendant Property.** | : <br> : CASE NO.: <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**VERIFIED COMPLAINT FOR FORFEITURE**

COMES NOW, Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure:

*Nature of the Action*

1.     This is a civil action *in rem* brought pursuant to Title 18, United States Code, Section 981(a)(1)(C) to forfeit and condemn to the use and benefit of the United States of America certain personal property, to wit: two hundred thousand dollars ($200,000.00) in United States funds (hereinafter referred to as the "Defendant Property").

*The Defendant in Rem*

2. The Defendant Property consists of United States funds in the amount of two hundred thousand dollars ($200,000.00), seized from Surety Bank, Account Number: 1017193, 990 N. Woodland Boulevard, Deland, Florida, 32720, owned and controlled by Westcliff Technologies Inc. of San Diego, California. The signatory on the account is Andrew Jasco.

*Jurisdiction and Venue*

3. Plaintiff brings this action *in rem* in its own right to forfeit the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has *in rem* jurisdiction over the Defendant Property pursuant to 28 U.S.C. § 1355(b)(1)(B), incorporating 28 U.S.C. § 1395, because the action accrued in this District. Upon the filing of this complaint, the Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the Plaintiff will execute upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this District pursuant to 28 U.S.C. § 1355(b)(1)(B), incorporating 28 U.S.C. § 1395, because the action accrued in this District.

6. After the seizure of the Defendant Property, the United States Department of Justice, Federal Bureau of Investigation ("FBI"), began administrative forfeiture proceedings.

7. On or about December 27, 2021, Andrew Jasco on behalf of Westcliff Technologies, Inc., through their attorney, Jonathan Choi, Esq., Pinnacle Legal P.C., 9565 Waples Street, Suite 200, San Diego, California 92121, filed a claim for the Defendant Property with the FBI, after which the FBI referred the matter to the United States Attorney for the Middle District of Georgia.

8. On or about December 31, 2021, Garrett Wynne on behalf of Charles Schwab & Co. Inc., through their attorney, David Piper, Esq., KEESAL YOUNG & LOGAN, 400 Oceangate, Long Beach, California 90802, filed a claim for the Defendant Property with the FBI, after which the FBI referred the matter to the United States Attorney for the Middle District of Georgia.

*Basis For Forfeiture*

9. The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because it constitutes or was derived from proceeds traceable to violation(s) of Title 18, United States Code, Section 1344 (Bank Fraud), Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Section 1030 (Computer Fraud) and/or a conspiracy to commit such offense(s) in violation of Title 18, United States Code, Section 371.

*Statutory and Regulatory Framework*

10. Pursuant to Title 18, United States Code, Section 1344, it is unlawful to knowingly execute, or attempt to execute, a scheme or artifice to (1) defraud a financial institution; or (2) obtain any of the moneys, funds, credits, assets, securities, or other

property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises.

11. Pursuant to Title 18, United States Code, Section 1343, it is unlawful to devise any scheme or artifice to defraud, or to obtain money or property by means of false or fraudulent pretenses, representations, or promises, by transmitting or causing to be transmitted by means of wire in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice.

12. Pursuant to Title 18, United States Code, Section 1030, it is unlawful to intentionally access a computer without authorization or exceed authorized access, and thereby obtaining— (A) information contained in a financial record of a financial institution, [. . . ] [or] knowingly and with intent to defraud traffics (as defined in section 1029) in any password or similar information through which a computer may be accessed without authorization, if— (A) such trafficking affects interstate or foreign commerce.

13. Title 18, United States Code, Section 981(a)(1)(C) provides for the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of any offense, or a conspiracy to commit such an offense, including violations of Bank Fraud, Wire Fraud, and Computer Fraud.

*Factual Allegations*

14. The FBI is currently investigating a two hundred thousand dollar ($200,000.00) computer enabled theft related to the unauthorized access and fraudulent transfer of funds contained in Charles Schwab investment accounts, owned and

controlled by Joseph Michael Union, Sr. ("Union"), 716 Glen Merry Boulevard, Macon, Georgia 31210.

15. Charles Schwab & Co., Inc. ("Schwab") is a California corporation and registered broker dealer that provides brokerage, banking and financial advisory services for its clients.

16. Union utilizes the Atlanta firm Homrich Berg for his financial planning. As part of his financial portfolio, Union owns and controls fourteen (14) different Schwab investment accounts in his name, his children's names, his grandchildren's names, and his wife's name; however, he has power of attorney over all the accounts and funds the accounts himself. Union advised the FBI that he does not sell or withdraw funds from the accounts, and only buys stocks or deposits funds into the accounts.

17. On or about August 26, 2021, the bad actor(s) began obtaining access to Union's Schwab accounts and changed the contact email address and phone numbers on his accounts.

18. On or about September 9, 2021, the bad actor(s) accessed Union's Schwab accounts and sold five hundred thousand dollars ($500,00.00) worth of Vanguard VTI stock and began moving funds between Union's fourteen (14) different accounts.

19. On or about September 13, 2021, the bad actor(s) submitted a Cryptocurrency Purchase Agreement to Westcliff Technologies Inc. of San Diego, California. Westcliff Technologies Inc. operates two (2) businesses, National Bitcoin ATM and Clearblock. Clearblock is an "over the counter" online trading desk for

cryptocurrency such as Bitcoin where customers can make purchases via wire transfer. Clearblock states that they vet their customers before they do business with them.

20. The bad actor(s) utilized Union's personal identifying information (PII) including his name, date of birth, and social security number on the purchase agreement. The bad actor(s) provided the same phone number, which was changed on the Schwab account. As part of Westcliff Technologies' Know Your Customer (KYC) process, the bad actor(s) provided a photograph or "selfie" of the bad actor portraying himself as Union while holding a fake or fraudulent Georgia Driver's License in Union's name. The fake or forged Georgia Driver's License depicted a photograph of an older white male that is not Union. Union's address, date of birth and Georgia Driver's License number on the fake or forged identification was accurate; however, the photograph was not. There are other indicators on the identification that prove it to be fake or forged. For example, the fake or forged driver's license has the wrong Governor's signature on it for the date of issue, and Dekalb County, Georgia, is misspelled.

21. In addition, the bad actor(s) provided Westcliff Technologies with July 2021 and August 2021 account statements from Union's Schwab accounts which further validates that the bad actor(s) had access to Union's accounts.

22. On or about September 16, 2021, a bank wire transfer in the amount of two hundred thousand dollars ($200,000.00) was initiated from Union's Schwab investment Account Number: 38807423. The wire transfer was sent to Surety Bank Account Number: 1017193, located in Deland, Florida. This account is owned and controlled by Westcliff Technologies Inc., with Andrew Jasco as a signatory.

23. On or about September 16, 2021, Westcliff Technologies sent 4.0877 Bitcoin cryptocurrency (valued at $196,448.18 at that time) to a Bitcoin Wallet Address provided by the bad actor(s) once the wire transfer was received by Surety Bank. The two hundred thousand dollars ($200,000.00) in funds from the wire transfer were subsequently held by Surety Bank due to potential fraudulent activity; however, Westcliff Technologies sent the Bitcoin to the bad actor(s) resulting in a loss of approximately two hundred thousand dollars ($200,000.00).

24. On or about September 16, 2021, Union's financial planner contacted him to inquire about the wire transfer. Union advised his financial planner that he had not made nor authorized the wire transfer transaction. After further investigation into this matter by Union and his financial planner, it was discovered that the unknown bad actor(s) had gained unauthorized access to Union's accounts with Schwab based on online activity in the account.

25. Union obtained the assistance of an Information Technology (IT) professional to check his computer for any signs of compromise and intrusion. Union and the IT professional advised that they believe Union's email account was compromised, and his password was obtained.

26. Union advised the FBI that the IT professional also observed rules or filters that were setup in Union's email account. One of the rules or filters was titled "Schwab" and instructed the email account to have all incoming emails containing the word "Schwab" to be delivered to the trash.

27. On or about September 21, 2021, upon discovery of the fraudulent transfer of Union's Schwab funds from Account Number: 38807423, and confirmation that Union did not authorize the transfer, Schwab promptly reimbursed Union's account two hundred thousand dollars ($200,000.00).

28. On October 1, 2021, the FBI obtained a warrant from the United States District Court for the Middle District of Georgia, and on October 4, 2021, seized the two hundred thousand dollars ($200,000.00) from Surety Bank, Account Number: 1017193, which is now subject to this civil judicial forfeiture action.

*Conclusion*

29. Based on the foregoing, probable cause exists to believe that the Defendant Property constitutes or was derived from proceeds traceable to a violation of Title 18, United States Code, Section 1344 (Bank Fraud), Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Section 1030 (Computer Fraud) and/or a conspiracy to commit such offense(s) in violation of Title 18, United States Code, Section 371, and is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the United States of America prays that process of warrant issue for the arrest of the Defendant Property; that due notice be given to all parties to appear and show cause why forfeiture should not be decreed; that judgment be entered declaring the Defendant Property forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted, this 28th day of March, 2022.

        PETER D. LEARY
        UNITED STATES ATTORNEY

BY:   */s/ Michael D. Morrison*
      MICHAEL D. MORRISON
      Assistant United States Attorney
      Georgia Bar No.: 153001
      United States Attorney's Office
      Post Office Box 1702
      Macon, Georgia 31202-1702
      Telephone: (478) 752-3511
      Facsimile: (478) 621-2682
      Mike.Morrison@usdoj.gov