## VERIFICATION

I, Special Agent, Robert M. Gibbs, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation, that I have read the foregoing Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own personal knowledge, except that those matters herein stated to be alleged on information and belief and to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files of the United States, information supplied to me by other sources, together with other special agents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This __25th__ day of March, 2022.

_____
SPECIAL AGENT ROBERT M. GIBBS
FEDERAL BUREAU OF INVESTIGATION