IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CASE NO.: |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **UNITED STATES FUNDS SEIZED FROM** : | |
| **SURETY BANK, ACCOUNT NO. 1017193, IN** : | |
| **THE AMOUNT OF TWO HUNDRED** : | |
| **THOUSAND DOLLARS ($200,000.00),** : | |
| : | |
| **Defendant Property.** : | |
| : | |

## WARRANT OF ARREST IN REM

TO:  UNITED STATES MARSHAL
     MIDDLE DISTRICT OF GEORGIA

WHEREAS, a Verified Complaint for Forfeiture has been filed in this Court praying that process issue for the arrest of the Defendant Property that is the subject of this action,

NOW, THEREFORE, you are hereby commanded to seize and arrest the Defendant Property, which is described as United States funds in the amount of two hundred thousand dollars ($200,000.00), seized from Surety Bank, Account Number: 1017193, owned and controlled by Westcliff Technologies Inc. of San Diego, California, 990 N. Woodland Boulevard, Deland, Florida, 32720, and detain the same in your custody until further order of the Court.

DATED, this 28th day of March, 2022.



DAVID W. BUNT
UNITED STATES DISTRICT COURT

By: s/Vanessa Siaca
DEPUTY CLERK