# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CASE NO.: **5:22-CV-130 (TES)** |
| Plaintiff, | : |
| v. | : |
| **UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),** | : |
| Defendant Property. | : |

## NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS

TO:  Westcliff Technologies, Inc.          Charles Schwab & Co. Inc.
     Andrew Jasco                          Garrett Wynne
     c/o Jonathan Choi, Esq.,               c/o David Piper, Esq.
     Pinnacle Legal P.C.                   KEESAL YOUNG & LOGAN
     9565 Waples Street, Suite 200         400 Oceangate
     San Diego, California 92121           Long Beach, California 90802

Please be advised that the enclosed Complaint is sent pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Due Process Clause of the Fifth Amendment of the United States Constitution, the United States hereby gives the following notice:

A.   DATE OF NOTICE: **March 30, 2022**

B.   FORFEITURE COMPLAINT: On **March 28, 2022,** the United States of America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) in

the United States District Court for the Middle District of Georgia against the Defendant Property.

C.  FILING OF A VERIFIED CLAIM:  If you claim the Defendant Property or claim any right in or lien upon the same, you must file your verified claim with the Clerk of this Court, pursuant to 18 U.S.C. § 983(a)(4)(A), and Rule G(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The claim must be verified on oath and must identify the claimant's interest in the property.  If the claim is made by a bailee, he/she must identify the bailor, and must state the authority by which he/she is entitled to make the claim on behalf of such person entitled to possession of the property.  The claim must be filed within thirty-five (35) days of the date on this notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier, or within such additional time as the Court may allow.

D.  CONTENTS OF VERIFIED CLAIM:  Pursuant to Rule G(5)(a), the claim must i.) Identify the specific property claimed; ii.) Identify the claimant and state the claimant's interest in the property; and iii.) Be signed by the claimant under penalty of perjury (*see* 28 U.S.C. § 1746).

E.  FILING OF AN ANSWER:  You must also file an answer to the verified complaint, or a motion pursuant to Federal Rules of Civil Procedure 12, within twenty-one (21) days after filing the verified claim.  Your claim and answer must be filed with the Office of the Clerk, United States District Court for the Middle District of Georgia, 475 Mulberry Street, Macon, Georgia 31201.

F.	ATTORNEY FOR PLAINTIFF:  Your claim and answer must be served upon Michael D. Morrison, Assistant United States Attorney, Post Office Box 1702, Macon, Georgia 31202-1702.

G.	FILING OF A PETITION FOR REMISSION:  Any person who may have a present ownership interest, in addition to or in lieu of filing a claim, may submit a petition for remission or mitigation of the forfeiture to the United States Attorney's Office, Middle District of Georgia, Attention: Michael D Morrison, Assistant United States Attorney, Post Office Box 1702, Macon, Georgia 31202-1702.  You should file the petition with thirty (30) days following the receipt of this mailed notice of forfeiture.  The criteria for requesting remission and mitigation of the forfeiture are found at 28 C.F.R. Section 9.5.  The Ruling Official for all petitions for remission or mitigation in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for the relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

                              PETER D. LEARY
                              UNITED STATES ATTORNEY

BY:   */s/ Michael D. Morrison*
       MICHAEL D. MORRISON
       Assistant United States Attorney
       Georgia Bar No.: 153001
       United States Attorney's Office
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       Facsimile: (478) 621-2682
       Mike.Morrison@usdoj.gov