**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 5:22-CV-130 (TES) |
| DEFENDANT | TYPE OF PROCESS |
| U.S. FUNDS IN THE AMOUNT OF $200,000.00, SEIZED FROM SURETY BANK | SEE BELOW |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States funds in the amount of $200,000.00, seized from Surety Bank, Account Number: 1017193

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o United States Marshal Service, Tampa, Florida

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office - Middle District of Georgia
Michael D. Morrison, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia 31202

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

1. Verified Complaint for Forfeiture
2. Warrant of Arrest in Rem

CATS #: 22-FBI-000035

RCVD USMS M/FL TAMPA
2022 MAR 30 AM 11:57

Signature of Attorney other Originator requesting service on behalf of:
MICHAEL MORRISON  Digitally signed by MICHAEL MORRISON Date: 2022.03.29 12:16:18 -04'00'

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 478-752-3511
DATE: 3/29/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 20 | No. 18 | Glenda Y. Rios | 3/30/2022 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 3/30/2022
Time: [ ] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
Glenda Y. Rios

Costs shown on attached USMS Cost Sheet >>

REMARKS

The amount of $200,000.00 was administratively seized on 11/2/2021; Judicially seized on 3/30/2022.

Form USM-285
Rev. 03/21