**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES FUNDS SEIZED FROM )<br>SURETY BANK, ACCOUNT NO. 1017193, )<br>IN THE AMOUNT OF TWO HUNDRED )<br>THOUSAND DOLLARS ($200,000.00), )<br>)<br>Defendant Property. )<br>) | Case No. 5:22-CV-00130-TES |

**VERIFIED CLAIM AND STATEMENT OF INTEREST OR RIGHT
IN PROPERTY SUBJECT TO FORFEITURE IN REM**

TO: THE CLERK, UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA, MACON DIVISION:

CHARLES SCHWAB AND CO., INC. (hereinafter, "Schwab") hereby claims the following Defendant Property:

All funds seized by the United States from Surety Bank and held in Account No. 1017193, the value of which is $200,000.00 in United States currency ("Defendant Property").

With respect to the Defendant Property in account number 1017193 Schwab states that it is the legal owner of all such funds, and as such, has the right to all said currency. Joseph Union (hereinafter, "Mr. Union") is a Schwab client from whose Schwab account an amount of $200,000.00 was fraudulently transferred to Surety Bank. Upon learning of this fraud and subsequent FBI seizure of the funds from Surety Bank, Schwab promptly deposited $200,000.00 into Union's Schwab account to make him whole for his loss (**Exhibit A**). Schwab did this as a

customary customer service practice, and despite Mr. Union's and Schwab's understanding that the fraud occurred through no fault of Schwab. As such, Schwab is now $200,000.00 deficient because of a third-party's fraud. In support of the Verified Claim and Statement of Interest, attached hereto is a Verification executed by Garrett R. Wynne, Director and Legal Counsel with Charles Schwab & Co., Inc. (**Exhibit B**).

WHEREFORE, Schwab respectfully requests the reinstatement of its lawful rights and interests in all funds seized by the United States and held in account number 1017193.

DATED: May 4, 2022

*/s/ Keisha O. Coleman*
Keisha O. Coleman (GA Bar 844720)
BALLARD SPAHR LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309-4421
T: 678.420.9330
F: 678.420.9301
colemank@ballardspahr.com

*AND*

KEESAL, YOUNG & LOGAN

By: */s/ David D. Piper*
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
(pro hac vice application to be submitted)
NITYA BHARDWAJ, CASB No. 340938
nitya.bhardwaj@kyl.com
(pro hac vice application to be submitted)
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
Telephone:   (562) 436-2000
Facsimile:   *(562) 436-7416*
*Attorneys for Charles Schwab & Co., Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. In addition, I have mailed a hard copy to Assistant United States Attorney Michael D. Morrison, addressed as follows:

Michael D. Morrison
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702

    */s/ Keisha O. Coleman*
Keisha O. Coleman (GA Bar 844720)