### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES FUNDS SEIZED FROM )<br>SURETY BANK, ACCOUNT NO. 1017193, )<br>IN THE AMOUNT OF TWO HUNDRED )<br>THOUSAND DOLLARS ($200,000.00), )<br>)<br>Defendant Property. )<br>) | Case No. 5:22-CV-00130-TES |

### CHARLES SCHWAB & CO., INC.'S PETITION
### FOR REMISSION OR MITIGATION OF FORFEITURE

CHARLES SCHWAB & CO., INC. (hereinafter, "Schwab") hereby claims the following Defendant Property:

All funds seized by the United States from Surety Bank and held in Account No. 1017193, the value of which is $200,000.00 in United States currency ("Defendant Property").

With respect to the Defendant Property, Schwab states that it is the present legal owner of all such funds, and as such, has the right to all said currency.

Joseph M. Union, Jr. (hereinafter, "Mr. Union") is a Schwab client from whose Schwab account the $200,000.00 at issue in this case was fraudulently transferred to Surety Bank. Upon learning of this fraud and subsequent FBI seizure of the funds from Surety Bank, Schwab promptly deposited $200,000.00 into Union's Schwab account to make him whole for his loss (**Exhibit A**). Schwab did this as a customer service practice, even though the fraud occurred through no fault of Schwab. Subsequently, Mr. Union assigned all right, title, and interest to the fraudulently stolen funds from his account to Schwab (the "Assignment"). (**Exhibit B**). In support of the Petition, attached hereto is a Verification executed by Garrett R. Wynne, Director and Legal Counsel with

KYL4888-4490-1406.1

Charles Schwab & Co., Inc. (**Exhibit C**).

Based on the Assignment, Schwab is the owner of the Defendant Property.

WHEREFORE, Schwab respectfully requests the remission of the Defendant Property to Schwab's possession.

DATED:  May 4, 2022

        */s/ Keisha O. Coleman*
Keisha O. Coleman (GA Bar 844720)
BALLARD SPAHR LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309-4421
T: 678.420.9330
F: 678.420.9301
colemank@ballardspahr.com

*AND*

KEESAL, YOUNG & LOGAN

By: */s/ David D. Piper*
    DAVID D. PIPER, CASB No. 179889
    david.piper@kyl.com
    (pro hac vice application to be submitted)
    NITYA BHARDWAJ, CASB No. 340938
    nitya.bhardwaj@kyl.com
    (pro hac vice application to be submitted)
    KEESAL, YOUNG & LOGAN
    A Professional Corporation
    400 Oceangate, Suite 1400
    Long Beach, California 90802
    Telephone:   (562) 436-2000
    Facsimile:   *(562) 436-7416*
    *Attorneys for Charles Schwab & Co., Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. In addition, I have mailed a hard copy to Assistant United States Attorney Michael D. Morrison, addressed as follows:

Michael D. Morrison<br>
United States Attorney's Office<br>
Post Office Box 1702<br>
Macon, Georgia 31202-1702

*/s/ Keisha O. Coleman*
Keisha O. Coleman (GA Bar 844720)

KYL4888-4490-1406.1