# EXHIBIT B

# NOTICE OF ASSIGNMENT AND ASSIGNMENT OF RIGHTS TO SEIZED FUNDS

To whom it may concern:

We understand that $200,000 in funds ("the Funds") that were wired from the Charles Schwab & Co., Inc. ("Schwab") brokerage account of Joseph M. Union, Jr. (Account Number ****-7423) to Surety Bank Account Number ***7193, which is controlled by Westcliff Technologies, Inc. on or about September 16, 2021 have been arrested by the United States, are now in the possession of the United States Marshal, and are the subject of the Verified Complaint for Forfeiture in the matter entitled *United States of America v. United States Funds Seized from Surety Bank, Account No. 1017193, in the Amount of Two Hundred Thousand Dollars ($200,000.00)*, Case No. 22-CV-00130.

We, Joseph M. Union, Sr., as Power of Attorney for Joseph M. Union, Jr., and Joseph M. Union, Jr., the holder of Schwab One Account Number ****-7423, do hereby completely, irrevocably and immediately assign to Charles Schwab & Co. all right, title and interest in and to the Funds.

Very Truly Yours,

*[signature]*
Joseph M. Union, Sr.

Dated: 04/27/2022

*[signature]*
Joseph M. Union, Jr.

Dated: 04/27/2022