# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 5:22-CV-00130-TES |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00), | ) |
| Defendant Property. | ) |

## VERIFICATION OF THIRD PARTY CHARLES SCHWAB & CO., INC.'S PETITION FOR REMISSION OR MITIGATION OF FORFEITURE

I, GARRETT R. WYNNE, declare as follows:

1. I am employed as a Director and Legal Counsel with CHARLES SCHWAB & CO., INC. ("Schwab"), a third party to this action, and I am authorized to make this verification for and on its behalf.

2. I have read Schwab's PETITION FOR REMISSION OR MITIGATION OF FORFEITURE and know the contents thereof. I am informed and believe and, on that ground, verify that the matters stated therein are true.

- 1 -

KYL4873-0574-1086.1

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 4th day of May 2022 in Denver, Colorado.

CHARLES SCHWAB & CO., INC.

By: *Garrett R. Wynne*
GARRETT R. WYNNE
Director and Legal Counsel

- 2 -

KYL4873-0574-1086.1