# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),**<br><br>    Defendant Property.<br><br>**WESTCLIFF TECHNOLOGIES, INC.,**<br><br>    Claimant. | Case No.: 5:22-CV-130 (TES) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and enters their appearance as attorney of record in the above matter.

This 4th day of May, 2022.

By: _____
Vincent Renda, Esq.
Georgia Bar No.: 702171
9565 Waples Street, Suite 200
San Diego, CA 92101
Tel: (858) 868-5000
Fax: (866) 303-8383

## **CERTIFICATE OF SERVICE**

      This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 4th day of May, 2022.

                                        By: _____
                                              Vincent Renda, Esq.
                                              Georgia Bar No.: 702171
                                              9565 Waples Street, Suite 200
                                              San Diego, CA 92101
                                              Tel: (858) 868-5000
                                              Fax: (866) 303-8383