# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Nitya Bhardwaj

Bar Number 340938

was duly admitted to practice in this Court on February 17, 2022, and is in good standing as a member of the bar of this Court.



Signed on May 4, 2022 by

Mark B. Busby, Clerk of Court