IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),**<br><br>Defendant Property. | Case No.: 5:22-CV-130 (TES) |
| **WESTCLIFF TECHNOLOGIES, INC.,**<br><br>Claimant. | |

### WESTCLIFF TECHNOLOGIES, INC.'S VERIFIED CLAIM TO

### DEFENDANT PROPERTY

TO THE CLERK OF COURT:

Westcliff Technologies, Inc. hereby files its claim to the Defendant Property pursuant to 18 U.S.C. 983(a)(4)(A), and Rule G(4) and Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, as follows:

**I.   THE SPECIFIC PROPERTY CLAIMED**

All United States currency identified in paragraph 2 of the VERIFIED COMPLAINT FOR FORFEITURE IN REM, which includes:

Financial Instrument - Checking and Savings Accounts - Value = $200,000.00,

SN: ****7193 seized by the FBI on October 4, 2021 in Macon, GA.

Asset ID: 22-FBI-000035.

## II.     IDENTITY OF CLAIMANT AND CLAIMANT'S INTEREST IN THE PROPERTY

Claimant's contact information is as follows:

> Westcliff Technologies, Inc.
> Andrew Jasco, CEO
> c/o Vincent Renda, Esq.
> 9565 Waples Street, Suite 200
> San Diego, CA 92121
> Tel: (858) 868-5000
> Fax: (866) 303-8383
> E-mail: vr@pinlegal.com

From September 13-16, 2021, Westcliff Technologies, Inc. ("Westcliff") transacted with an individual named Joseph Union for the purchase of cryptocurrency valued in the amount of $200,000.00. Westcliff completed all necessary, extensive, and detailed due diligence as contemplated by its strict in-house policies, which included, requesting, and receiving a self-taken photograph of Joseph Union with his State of Georgia driver's license, copies of Mr. Union's Charles Schwab account, utility bill, and cross-referenced public LexisNexis reports, and other stringent screening efforts. As seen in the documents, it was clear to Westcliff that Joseph Union was genuinely the individual authorizing and requesting the transaction. At no point did Westcliff receive any indication of fraud or criminal activity from Surety Bank, Charles Schwab, Joseph Union, or any police or government entity until September 22, 2021.

Upon submission of this claim, Westcliff has still received no evidence of fraudulent activity except the general claims that Mr. Union's account was compromised to effectuate identity theft. Westcliff has received no evidence that the individual in communication for the transaction was not Mr. Union. Westcliff also has no evidence or discovery that the Charles Schwab account

was "hacked" or compromised by a third party. Westcliff's valid, good faith, and legally recognizable interest in the $200,000.00 in funds ("Asset") is evidenced by the Sale and Purchase of the Purchased Cryptocurrency Agreement digitally signed by Joseph Michael Union on September 14, 2021, the subsequent transfer of cryptocurrency, and the extensive identifying and confirming information of Mr. Union procured by Westcliff before subsequent transfer.

Westcliff further contests the forfeiture of the Asset and asserts its interest in the Asset on the grounds that no criminal activity is yet evidenced or confirmed to Westcliff's knowledge, and that if there is such activity found, Westcliff was not a participant, conspirator, or aider. Westcliff is not a criminal organization. Westcliff further asserts that none of its actions were negligent or deficient, nor did any of its actions contribute to the completion of a crime. Westcliff took all available measures to ensure the transaction and Asset were not criminal activity. If a crime occurred, the transaction itself was not the crime or part of a criminal enterprise. Westcliff transferred assets and funds valued at $200,000 for the payment of $200,000. Westcliff's possession of such rightfully gained funds will not benefit criminal activity or enterprise.

I hereby declare under penalty of perjury that the foregoing Claim by Westcliff Technologies, Inc. is not frivolous and verify that the information provided in support of the foregoing Claim by Westcliff Technologies, Inc. is true and correct to the best of my knowledge and belief.

Date: 05/04/2022

Andrew Jasco, CEO
Westcliff Technologies, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 5th day of May, 2022.

By: _____
Vincent Renda, Esq.
Georgia Bar No.: 702171
9565 Waples Street, Suite 200
San Diego, CA 92101
Tel: (858) 868-5000
Fax: (866) 303-8383
Email: vr@pinlegal.com