# Exhibit F



**JOSEPH M UNION**
**CHARLES SCHWAB**
**INDIVIDUAL BROKERAGE**

| Account Number | Statement Period |
|---|---|
|  -7423 | July 1-31, 2021 |

**Need help reading this statement?**
**Visit www.schwab.com/StatementGuide for more information.**

JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE
201 NORWOOD AVE NE
ATLANTA, GA 30317

## Your Independent Investment Manager and/or Advisor

HOMRICH & BERG INC
3550 LENOX RD NE STE 2700
ATLANTA GA 30326-1816
1 (404) 264-1400

*The custodian of your brokerage account is: Charles Schwab & Co., Inc.*

### Table of Contents — Page

Terms and Conditions .... 2
Change in Account Value .... 3
Asset Composition .... 3
Gain or (Loss) Summary .... 4
Income Summary .... 4
Cash Transactions Summary .... 4
Investment Detail .... 5
Gain or (Loss) on Investments Sold .... 9
Transaction Detail .... 9
Bank Sweep Activity .... 12
Contribution Summary .... 13
Distribution Summary .... 13
Endnotes For Your Account .... 14




Your Independent Investment Advisor is not affiliated with or an agent of Schwab and Schwab does not supervise or endorse your Advisor.



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number [redacted]-7423

Statement Period July 1-31, 2021

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage account(s). Deposit accounts held through bank sweep features constitute direct obligations of one of more FDIC insured banks ("Affiliated Banks") that are affiliated with Schwab and are not obligations of Schwab. Funds swept to Affiliated Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your account, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Affiliated Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:

- You can lose more funds than you deposit in the margin account.
- Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
- You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
- Schwab can increase both its "house" maintenance margin requirements and the maintenance margin requirements for your Account at any time without advance written notice to you.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust (REIT) securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.
**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.
**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**
**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.
**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**
**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.
**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.
**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
(0221-117W)



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
[redacted]-7423

Statement Period
July 1-31, 2021

**Account Value as of 07/31/2021:$ 2,531,945.39**

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | **$ 2,441,986.48** | **$ 2,374,720.53** |
| Credits | 86,901.50 | 107,068.39 |
| Debits | (17,581.01) | (400,240.69) |
| Transfer of Securities (In/Out) | 0.00 | 299,999.95 |
| Income Reinvested | (1,345.75) | (20,938.16) |
| Change in Value of Investments | 21,984.17 | 171,335.37 |
| **Ending Value on 07/31/2021** | **$ 2,531,945.39** | **$ 2,531,945.39** |
| **Total Change in Account Value** | **$ 89,958.91** | **$ 157,224.86** |

## Asset Composition

| | Market Value |
|---|---|
| Bank Sweep[x,z] | $ 17,415.86 |
| Fixed Income | 103,890.00 |
| Bond Funds | 594,318.18 |
| Equity Funds | 351,762.23 |
| Exchange Traded Funds | 1,157,821.66 |
| Other Assets | 306,737.46 |
| **Total Assets Long** | **$ 2,531,945.39** |
| **Total Account Value** | **$ 2,531,945.39** |




Your Independent Investment Advisor is not affiliated with or an agent of Schwab and Schwab does not supervise or endorse your Advisor.



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
█-7423

Statement Period
July 1-31, 2021

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | This Period | |
| **All Investments** | $1,134.03 | $170,487.45[i] |

*Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | 0.04 | 1.58 |
| Cash Dividends | 1,345.75 | 20,481.06 |
| Total Capital Gains Distributions | 0.00 | 413.47 |
| **Total Income** | **1,345.79** | **20,896.11** |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** * | **$ 9,211.48** | **$ 101,983.58** |
| Deposits and other Cash Credits | 85,555.71 | 86,111.42 |
| Investments Sold | 10,217.23 | 1,323,794.83 |
| Dividends and Interest | 1,345.79 | 20,956.97 |
| Withdrawals and other Debits | (13,000.00) | (383,000.00) |
| Investments Purchased | (71,333.34) | (1,115,190.25) |
| Fees and Charges | (4,581.01) | (17,240.69) |
| **Total Cash Transaction Detail** | **8,204.38** | **(84,567.72)** |
| **Ending Cash** * | **$ 17,415.86** | **$ 17,415.86** |

* Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
-7423

Statement Period
July 1-31, 2021

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance |
|---|---|---|
| CHARLES SCHWAB BANK | 9,211.48 | 17,415.86 |
| **Total Bank Sweep** [X,Z] | **9,211.48** | **17,415.86** |
| **Total Bank Sweep** | | **17,415.86** |

## Investment Detail - Fixed Income

| Corporate Bonds | Par | Market Price | Market Value / *Cost Basis* | Adjusted Cost Basis | Unrealized Gain or (Loss) | Estimated Annual Income / Yield to Maturity |
|---|---|---|---|---|---|---|
| **CITIGROUP INC. 0%23** | **100,000.0000** | **103.89000** | **103,890.00** | **100,000.00** | **3,890.00** | **0.00** |
| DUE 01/09/23 | | | *100,000.00* | | | 0.00% |
| CALLABLE 02/09/22 AT 107.50000 | | | | | | |
| CUSIP: 17328YEW0 | | | | | | |
| MOODY'S: NR S&P: NR | | | | | | ***Accrued Interest: 0.00*** |
| **Total Corporate Bonds** | **100,000.0000** | | **103,890.00** | **100,000.00** | **3,890.00** | **0.00** |
| | | ***Total Cost Basis:*** | ***100,000.00*** | | | |
| | | | | | | ***Total Accrued Interest for Corporate Bonds: 0.00*** |
| **Total Fixed Income** | **100,000.0000** | | **103,890.00** | **100,000.00** | **3,890.00** | **0.00** |
| | | ***Total Cost Basis:*** | ***100,000.00*** | | | |

*Accrued Interest represents the interest that would be received if the fixed income investment was sold prior to the coupon payment.*
*Yield to Maturity is the actual average annual return on a note if held to maturity.*



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number -7423

Statement Period
July 1-31, 2021

## Investment Detail - Exchange Traded Funds

| Exchange Traded Funds | Quantity | Market Price | Market Value / *Cost Basis* | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **JPMORGAN ULTRA SHORT** INCOME ETF SYMBOL: JPST | 3,906.0153 | 50.74000 | 198,191.22 *198,364.36* | (173.14) | 0.65% | 1,296.02 |
| **PIMCO ENHNCD SHRT MATRTY** ACTV ETF IV SYMBOL: MINT | 1,075.5052 | 102.00000 | 109,701.53 *109,746.08* | (44.55) | 0.43% | 477.52 |
| **SPDR S&P 500 GROWTH ETF** IV SYMBOL: SPYG | 1,867.9333 | 65.37000 | 122,106.80 *96,485.11* | 25,621.69 | 0.64% | 789.26 |
| **VANGUARD DIVIDEND** APPRECIATION ETF SYMBOL: VIG | 800.0210 | 159.72000 | 127,779.35 *111,335.35* | 16,444.00 | 1.69% | 2,160.06 |
| **VANGUARD TOTAL** INTERNATIONAL STK ETF SYMBOL: VXUS | 1,438.9195 | 64.94000 | 93,443.43 *86,070.78* | 7,372.65 | 3.17% | 2,963.02 |
| **VANGUARD TOTAL STOCK** MARKET E ETF IV SYMBOL: VTI | 2,234.7670 | 226.69000 | 506,599.33 *423,705.18* | 82,894.15 | 1.19% | 6,036.55 |
| **Total Exchange Traded Funds** | 11,323.1613 | | 1,157,821.66 | 132,114.80 | | 13,722.43 |
| | | ***Total Cost Basis:*** | ***1,025,706.86*** | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
[redacted]-7423

Statement Period
July 1-31, 2021

## Investment Detail - Mutual Funds

| Bond Funds | Quantity | Market Price | Market Value | Cost Basis | Unrealized Gain or (Loss) |
|---|---|---|---|---|---|
| **BAIRD AGGREGATE BOND INS** T SYMBOL: BAGIX | 8,639.1560 | 11.61000 | 100,300.60 | 101,731.98 | (1,431.38) |
| **DOUBLELINE TOTAL RETURN** BOND I SYMBOL: DBLTX | 20,939.2540 | 10.61000 | 222,165.48 | 224,033.16 | (1,867.68) |
| **PIMCO FLEXIBLE CR INCOME** FD COM SYMBOL: PFLEX | 11,278.6730 | 9.67000 | 109,064.77 | 104,145.34 | 4,919.43 |
| **PIMCO INCOME INSTL** SYMBOL: PIMIX | 13,464.6260 | 12.09000 | 162,787.33 | 162,473.83 | 313.50 |
| **Total Bond Funds** | **54,321.7090** | | **594,318.18** | **592,384.31** | **1,933.87** |

| Equity Funds | Quantity | Market Price | Market Value | Cost Basis | Unrealized Gain or (Loss) |
|---|---|---|---|---|---|
| **DFA US CORE EQUITY 1 I** SYMBOL: DFEOX | 4,269.5520 | 34.92000 | 149,092.76 | 126,030.91 | 23,061.85 |
| **MATTHEWS ASIA DIVIDEND I** NSTL SYMBOL: MIPIX | 5,162.6440 | 22.15000 | 114,352.56 | 115,581.45 | (1,228.89) |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
[redacted]-7423

Statement Period
July 1-31, 2021

## Investment Detail - Mutual Funds (continued)

| Equity Funds (continued) | Quantity | Market Price | Market Value | Cost Basis | Unrealized Gain or (Loss) |
|---|---|---|---|---|---|
| **VANGUARD DIVIDEND GROWTH** INV SYMBOL: VDIGX | 2,338.2820 | 37.77000 | 88,316.91 | 77,601.09 | 10,715.82 |
| **Total Equity Funds** | **11,770.4780** | | **351,762.23** | **319,213.45** | **32,548.78** |
| **Total Mutual Funds** | **66,092.1870** | | **946,080.41** | **911,597.76** | **34,482.65** |

## Investment Detail - Other Assets

| Other Assets | Quantity | Market Price | Market Value / *Cost Basis* | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **OWL ROCK CORE INCOME COR** Æ P CLASS I | **10,799.1360** | **9.30000** | **100,431.96** / *please provide* [i] | **N/A** [i] | **N/A** | **N/A** |
| **PEACHTREE ALTERNATIVE** [7] STRATEGIES FUND | **1,871.0820** | **110.26000** | **206,305.50** / *please provide* [i] | **N/A** [i] | **N/A** | **N/A** |
| **Total Other Assets** | **12,670.2180** | | **306,737.46** | **N/A** [i] | | **N/A** |
| | | ***Total Cost Basis:*** | ***please provide*** [i] | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
-7423

Statement Period
July 1-31, 2021

| | |
|---|---|
| **Total Investment Detail** | **2,531,945.39** |
| **Total Account Value** | **2,531,945.39** |
| ***Total Cost Basis*** | ***2,037,304.62*** [i] |

## Gain or (Loss) on Investments Sold

| Investments | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|
| VANGUARD TOTAL STOCK MARKET E ETF IV: VTI | 23.0000 | multiple | 07/07/21 | 5,160.83 | 4,842.04 | 318.79 |
| SPDR S&P 500 GROWTH ETF IV: SPYG | 78.0000 | multiple | 07/12/21 | 5,056.40 | 4,241.16 | 815.24 |
| **Total Gain or (Loss) on Investments Sold** | | | | **10,217.23** | **9,083.20** | **1,134.03** |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers: Gain/loss on investments sold is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

### Exchange Traded Funds Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 07/08/21 | 07/08/21 | Reinvested Shares | JPMORGAN ULTRA SHORT INCOME ETF: JPST | 2.1282 | 50.7195 | (107.94) |
| 07/08/21 | 07/08/21 | Reinvested Shares | PIMCO ENHNCD SHRT MATRTY ACTV ETF IV: MINT | 0.3190 | 101.9850 | (32.53) |
| 07/09/21 | 07/07/21 | Sold | VANGUARD TOTAL STOCK MARKET E ETF IV: VTI | (23.0000) | 224.3850 | 5,160.83 |



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
-7423

Statement Period
July 1-31, 2021

## Transaction Detail - Purchases & Sales (continued)

### Exchange Traded Funds Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 07/14/21 | 07/12/21 | Sold | SPDR S&P 500 GROWTH ETF IV: SPYG | (78.0000) | 64.8260 | 5,056.40 |
| 07/21/21 | 07/19/21 | Bought | PIMCO ENHNCD SHRT MATRTY ACTV ETF IV: MINT | 196.0000 | 101.9775 | (19,987.59) |
| **Total Exchange Traded Funds Activity** | | | | | | **(9,910.83)** |

### Bond Funds Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 07/20/21 | 07/19/21 | Bought | PIMCO INCOME INSTL: PIMIX | 2,487.9670 | 12.0500 | (30,000.00) |
| 07/27/21 | 07/27/21 | Reinvested Shares | BAIRD AGGREGATE BOND INS T: BAGIX | 13.7830 | 11.6000 | (159.88) |
| 07/30/21 | 07/30/21 | Reinvested Shares | DOUBLELINE TOTAL RETURN BOND I: DBLTX | 53.4890 | 10.6100 | (567.52) |
| 07/30/21 | 07/30/21 | Reinvested Shares | PIMCO INCOME INSTL: PIMIX | 39.5270 | 12.0900 | (477.88) |
| **Total Bond Funds Activity** | | | | | | **(31,205.28)** |

### Equity Funds Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 07/20/21 | 07/19/21 | Bought | MATTHEWS ASIA DIVIDEND I NSTL: MIPIX | 899.5950 | 22.2100 | (20,000.00) |
| **Total Equity Funds Activity** | | | | | | **(20,000.00)** |

| **Total Purchases & Sales** | **(61,116.11)** |
|---|---|



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
-7423

Statement Period
July 1-31, 2021

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description[T] | Location | Credit/(Debit) |
|---|---|---|---|---|---|
| 07/01/21 | 07/01/21 | Journaled Funds | J7NORMAL TO35147955<br>*Payee: JOSEPH M UNION* | | (8,000.00) |
| 07/01/21 | 07/28/21 | Dividend | OWL ROCK CORE INCOME COR P CLASS I | | 555.71 |
| 07/09/21 | 07/09/21 | Journaled Funds | J7NORMAL TO35147955<br>*Payee: JOSEPH M UNION* | | (5,000.00) |
| 07/16/21 | 07/16/21 | Funds Received | INDIVIDUAL BROKERAGE CONT<br>*Issued by: BANK OZK*<br>*Payor: Central Georgia Foot and Ankle Center* | | 85,000.00 |
| **Total Deposits & Withdrawals** | | | | | **72,555.71** |

The total deposits activity for the statement period was $85,555.71. The total withdrawals activity for the statement period was $13,000.00.

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 07/07/21 | 07/07/21 | Div For Reinvest | JPMORGAN ULTRA SHORT: JPST | 107.94 |
| 07/07/21 | 07/07/21 | Div For Reinvest | PIMCO ENHNCD SHRT MATRTY: MINT | 32.53 |
| 07/15/21 | 07/16/21 | Bank Interest[X,Z] | BANK INT 061621-071521: SCHWAB BANK | 0.04 |
| 07/27/21 | 07/27/21 | Div For Reinvest | BAIRD AGGREGATE BOND INS: BAGIX | 159.88 |
| 07/30/21 | 07/30/21 | Div For Reinvest | DOUBLELINE TOTAL RETURN: DBLTX | 567.52 |
| 07/30/21 | 07/30/21 | Div For Reinvest | PIMCO INCOME INSTL: PIMIX | 477.88 |
| **Total Dividends & Interest** | | | | **1,345.79** |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number ████-7423

Statement Period July 1-31, 2021

## Transaction Detail - Fees & Charges

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 07/20/21 | 07/20/21 | Advisor Fee* | MGMTFEE TO ADVISOR | (4,581.01) |
| **Total Fees & Charges** | | | | **(4,581.01)** |

*Margin interest charged to your Account during the statement period is included in this section of the statement.*

| Total Transaction Detail | 8,204.38 |
|---|---|

## Bank Sweep Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [x,z] |
|---|---|---|---|---|---|
| **Opening Balance [x,z]** | | | | | **9,211.48** |
| 07/02/21 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 8,000.00 | | 1,211.48 |
| 07/12/21 | Auto Transfer | BANK CREDIT FROM BROKERAGE [x] | | 160.83 | 1,372.31 |
| 07/15/21 | Interest Paid [x,z] | BANK INTEREST - CHARLES SCHWAB BANK | | 0.04 | 1,372.35 |
| 07/15/21 | Auto Transfer | BANK CREDIT FROM BROKERAGE [x] | | 5,056.36 | 6,428.71 |
| 07/19/21 | Auto Transfer | BANK CREDIT FROM BROKERAGE [x] | | 85,000.04 | 91,428.75 |
| 07/20/21 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 50,000.00 | | 41,428.75 |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
████-7423

Statement Period
July 1-31, 2021

## Bank Sweep Activity (continued)

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance [x,z] |
|---|---|---|---|---|---|
| 07/21/21 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 24,568.60 | | 16,860.15 |
| 07/29/21 | Auto Transfer | BANK CREDIT FROM BROKERAGE [x] | | 555.71 | 17,415.86 |
| **Total Activity** | | | **82,568.60** | **90,772.98** | |
| **Ending Balance [x,z]** | | | | | **17,415.86** |

*Bank Sweep: Interest Rate as of 07/30/21 was 0.01%.* [z]

## Contribution Summary

| | 2020 | 2021 |
|---|---|---|
| Rollover | 2,350,959.17 | 85,000.00 |
| **Year To Date Total** | **2,350,959.17** | **85,000.00** |

## Distribution Summary

| | Gross Amount | Federal Tax Withheld | State Tax Withheld | Earnings | Net Amount |
|---|---|---|---|---|---|
| Normal | 83,000.00 | 0.00 | 0.00 GA | 0.00 | 83,000.00 |
| **Year To Date Total** | **83,000.00** | **0.00** | **0.00** | **0.00** | **83,000.00** |

Tax Year 2021 Required Minimum Distribution, which you must take by **12/31/2021:** 112,015.12

Schwab must report to the IRS that a minimum distribution is required for the tax year specified above. [#]



JOSEPH M UNION
CHARLES SCHWAB
INDIVIDUAL BROKERAGE

Account Number
-7423

Statement Period
July 1-31, 2021

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| · | Dividends paid on this security will be automatically reinvested. |
| * | You authorize Schwab to debit your account to pay investment management fees per the authorization you granted in your Account Application. Schwab does not review or monitor these fee payments. Contact your Investment Manager if you have questions. |
| i | Value includes incomplete cost basis. If cost basis is not available for an investment, you may be able to provide updates. Please refer to the first page of this statement for instructions or contact information. |
| 7 | Alternative Investments: Price is provided for information purpose only and is the initial purchase price or the most recent price determined by an issuer or issuer representative, and, in either instance, may not represent the current market value. In certain instances valuations may have been derived by an independent appraisal. If you have sold or transferred this asset, please contact Charles Schwab & Co., Inc. and, if applicable, your investment advisor. |
| Æ | This direct participation program or real estate investment trust security is not listed on a national securities exchange and is generally illiquid. If you are able to sell such security, the price received may be less than the per share estimated value shown on your account statement. |
| T | Some information contained in the "Description" column of this statement is provided to you for informational purposes only and is based on transactional data supplied to Schwab Institutional by your independent investment advisor (.Advisor.). This additional information is being provided to you at your Advisor's request to assist you with tracking certain debits and credits to your brokerage account, and Schwab Institutional makes no warranties as to its accuracy or completeness. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| Z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |
| # | The Required Minimum Distribution amount shown here is based on the "Total Account Value", also known as Fair Market Value, as of December 31 of the previous year. It could change if (a) you satisfy some or all of your Required Minimum Distribution with distribution(s) from other IRA(s) you own, (b) you inform Schwab that your spouse is your sole beneficiary and is more than 10 years younger than you, (c) a rollover to this IRA was pending as of December 31 prior to the tax year specified above, (d) you recharacterize a conversion made in the prior year, or (e) a correction was made to the account after this statement date that impacts the Fair Market Value such as a change to a security value or deposit adjustment. The Year To Date Total includes distributions taken during the calendar year. In some cases, your calendar year distributions may differ from your Required Minimum Distribution for the tax year. |

Schwab Institutional is a division of Charles Schwab & Co., Inc., and provides back office brokerage and related services to independent investment advisors and retirement plan providers. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Private Client Investment Advisory, Inc. ("SPCIA"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by any Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this statement. Not all of these products and services may benefit your Account, and Schwab may provide them to Advisors on the Advisor's commitment to place a certain amount of its clients' assets in brokerage accounts at Schwab within a certain period of time. This commitment could influence an Advisor's recommendation or requirement that its clients establish brokerage accounts at Schwab. For questions about this statement, or if there is a change in your financial situation, investment objectives, or risk profile, please contact your Independent Investment Manager and/or Advisor.