# Exhibit G



# Georgia Natural Gas

| Billing Account Number | Bill Date | Current Charges | Current Charges Due | Past Due - Pay Immediately |
|---|---|---|---|---|
| 0000 | 08/31/2021 | $32.14 | $32.14 | $0.00 |

## Summary of Services:

| Prior Reading (Actual) | Current Reading (Actual) | CCF Used | BTU Factor | Therms | Price Per Therm |
|---|---|---|---|---|---|
| 8611 | 8659 | 48 | 1.015 | 48.720 | $0.479 |
| Prior Reading Date | Current Reading Date | Days of Service | | Meter Number | |
| 07/14/2021 | 08/15/2021 | | | | |

AGLC Account # 0000  
DDDC: 1.383  
Price Plan: 12-Month Fixed  
Expiration Date: 12/31/2021

## $ Explanation of Charges

| | |
|---|---|
| Previous Balance | $91.27 |
| Payments Received | 91.27 CR |
| **Balance Brought Forward** | **0.00** |

**Current Gas Service Charges**

| | |
|---|---|
| AGLC Base Charge | 0.71 |
| GNG Customer Service Charge | 5.99 |
| Gas Charge | 23.34 |
| Sales Tax | 2.10 |
| **Total Current Gas Service Charges** | **32.14** |

**Total Amount Due:** $32.14

---

*Please tear along perforation and return stub with your payment.*

# Georgia Natural Gas

6750 0010 GI RP 21 07052016 NNNNNN 01 992650

| | |
|---|---|
| Account Number | 0000 |
| Balance Brought Forward | $0.00 |
| Current Gas Service Charges | $32.14 |
| Current Charges Due | 09/01/2021 |
| **Total Amount Due** | **$32.14** |

Please make check payable to: **GEORGIA NATURAL GAS**

Amount Enclosed  
$ ☐☐☐☐☐.☐☐

JOSEPH UNION  
201 NORWOOD AVE NE  
ATLANTA, GA 30317

PO BOX 71245  
CHARLOTTE, NC 28272-1245

**Changes and Corrections**  
☐ Check here if the name or address information is incorrect. Note all changes on the back of this form.

5970002845790292470   2   00003214