# Exhibit H

  LexisNexis Risk Management Solutions®

# 👥 SmartLinx® Person Report

**Generated On:** 09/14/2021 1:10 PM ET | FOR INFORMATIONAL PURPOSES ONLY | Copyr ght © 2021 Lex sNex s R sk So ut ons.

**Search Terms:** SSN: ▮▮▮-3278; C ty: **Atlanta**; DOB: **07/26/1944**
**Report created for:** WESTCLIFF TECHNOLOGIES, INC. DBA CLEARBLOCK (6945743)

| | | | |
|---|---|---|---|
| SSN Summary(2) | Address Summary(8) | Dr ver L censes(2) | Voter Reg strat ons (0) |
| Profess ona  L censes(2) | Other L censes(1) | Forec osure/NOD (0) | Current(6) |
| Pr or(1) | MVRs - Current (0) | MVRs - Pr or (0) | Watercraft - Current (0) |
| Watercraft - Pr or (0) | A rcraft - Current (0) | A rcraft - Pr or (0) | Educat on (0) |
| Cr m na  F  ngs(1) | Bankruptcy F  ngs (0) | Judgment & L en F  ngs (0) | UCC F  ngs (0) |
| Poss b e Re at ves(19) | Person Assoc ates(1) | Ne ghbors(3) | Bus ness Connect ons(3) |
| Poss b e Emp oyers(2) | Bus ness Assoc ates(1) | V ew A  Sources(173) | |

## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Un on, Joseph M chae | 2180 V nev  e Ave<br>Macon, GA 31204-3124<br>(Business) | B bb | 478-994-8335 |

| LexID | SSN | DOB | Email |
|---|---|---|---|
| ▮▮▮-4569 | ▮▮▮-XXXX | 07/1944<br>(Age: 77 Male) | djun on@be south.net<br>joseph.un on@hcaheathcare.com<br>joseph.un on@ ntermounta nhea thcare.org |

## At a Glance

| | | | | |
|---|---|---|---|---|
| Poss b e Re at ves | 19 | Person Assoc ates | | 1 |
| Bus ness Connect ons | 3 | Poss b e Emp oyers | | 2 |
| Cr m na /Arrest | 1 | Bus ness Assoc ates | | 1 |
| Bankruptcy | 0 | Judgments/L ens | | 0 |
| Rea  Property | 6 | Persona  Property | | 0 |
| Profess ona  L censes | 2 | Forec osure/Not ce of Defau t | | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBS |
|---|---|---|
| • Joseph, M chae<br>• M chae , Joseph<br>• Un on, J M<br>• Un on, Joseph M chae<br>• Un on Jr, M<br>• Un ondpm, Joseph M<br>• Yu on, Joseph M | • ▮▮▮-XXXX<br>  ○ Issued  n West V rg n a, 1936 - 1951<br>  ⚠ SSN belongs to a person reported as deceased<br>• ▮▮▮-XXXX<br>  ○ Issued  n Georg a, 1959 - 1960 | • 1944<br>• 07/1944 |

## Phones

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|---|---|---|---|---|---|
| 1. | 478-994-8335 | 02/2013 - Current | Land ne | UNION JOSEPH M | BELLSOUTH TELECOMM INC DBA SOUTHERN BELL TEL & TEL |
| 2. | 478-477-1138 | 09/1990 - Current | Land ne | UNION GAIL R | BELLSOUTH TELECOMM INC DBA SOUTHERN BELL TEL & TEL |
| 3. | 843-795-4129 | 06/2008 - Current | Cab e | UNION JOSEPH M | AT&T CORP. |
| 4. | 478-742-3631 | 08/2021 - Current | Poss b e VoIP | LAKO STEVEN L | |

Pages 2-165 Entirely Redacted for Privacy