# Exhibit I

 LexisNexis Risk Management Solutions®

# 👥 LexisNexis® Due Diligence Person Report

Generated On: 09/ 6/202   24 PM E  FOR NFORMA ONAL PURPOSES ONLY  Copyright © 202  LexisNexis Risk Solutions

**Search Terms:** SSN ▇▇▇-3278; Last Name **Union**; First Name **Joseph**; Middle Name **M**; State **GA**; DOB **07/26/1944**
**Report created for:** WES CL FF ECHNOLOG ES  NC DBA CLEARBLOCK(6945743)

## Person Information

| Name | Address | SSN | DOB | Phone |
|---|---|---|---|---|
| **Input Data:** Union  Joseph M<br>**Best Data:** Union  Joseph Michael<br>LexID®: ▇▇▇▇4569 | **Input Data:**<br>GA<br>**Best Data:**<br>2 80 V NEV LLE AVE<br>Macon  GA 3 204 3 24<br>(BUS NESS) | **Input Data:** ▇▇▇ XXXX<br>**Best Data:** ▇▇▇ XXXX | **Input Data:** 07/XX/ 944<br>**Best Data:** 07/ 944<br>(Age 77) | **Input Data:**<br>**Best Data:** 478 477  38 |

## Due Diligence Attributes Customer Profile

he customer profile provides insight to help quickly determine the overall susceptibility of financial crime risk and drive further investigations and reviews  his can be done in the day to day activities surrounding onboarding  customer risk rating  remediation activities  due diligence investigations  and ongoing monitoring



**Economic Attributes**
- Asset Ownership - Real Property: 6
- Asset Ownership - Aircraft: 1
- Asset Ownership - Watercraft: 1
- Asset Ownership - Vehicle: 1
- Access to Funds - Income: 2
- Access to Funds - Real Property: 5

**Geographic Attributes**
- Geographic: 4
- Mobility: 1

**Legal Events Attributes**
- State Legal Events: 6
- Civil Legal Events: 1
- Civil Legal Events - Filing Amount: 1
- Offense Types: 3

**dentity Attributes**
- Identity Risk: 1
- Age Range: 2
- US Residency Characteristics: 5

**Network Attributes**
- Person Associates: 2
- Professional License: 3
- Business Associations: 5

## Attribute Flags

| Attributes | Attribute Level | True/False Flags | Attribute Level Description |
|---|---|---|---|
| **Economic Attributes** | | | |
| Asset Ownership  Real Property | 9 | No | ndividual and/or spouse currently owns  5 or more real properties |
| | 8 | No | ndividual and/or spouse currently owns  0  4 real properties |
| | 7 | No | ndividual and/or spouse currently owns 6 9 real properties |
| | 6 | Yes | ndividual and/or spouse currently owns 5 real properties |
| | 5 | No | ndividual and/or spouse currently owns 4 real properties |
| | 4 | No | ndividual and/or spouse currently owns 3 real properties |
| | 3 | No | ndividual and/or spouse currently owns 2 real properties |
| | 2 | No | ndividual and/or spouse currently owns   real property |
| | | No | No evidence of real property ownership |
| | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Asset Ownership  Aircraft | 9 | No | ndividual and/or spouse currently owns 8 and/or more aircraft |
| | 8 | No | ndividual and/or spouse currently owns 7 aircraft |
| | 7 | No | ndividual and/or spouse currently owns 6 aircraft |
| | 6 | No | ndividual and/or spouse currently owns 5 aircraft |
| | 5 | No | ndividual and/or spouse currently owns 4 aircraft |
| | 4 | No | ndividual and/or spouse currently owns 3 aircraft |
| | 3 | No | ndividual and/or spouse currently owns 2 aircraft |
| | 2 | No | ndividual and/or spouse currently owns   aircraft |
| | | Yes | No evidence of aircraft ownership |
| | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Asset Ownership  Watercraft | 9 | No | ndividual or spouse currently owns or has registered at least one watercraft that is 200 or more feet long |
| | 8 | No | ndividual or spouse currently owns or has registered at least one watercraft that is  00 200 feet long |
| | 7 | No | ndividual or spouse currently owns or has registered at least one watercraft that is 50  00 feet long |
| | 6 | No | ndividual or spouse currently owns or has registered 6 or more watercraft |
| | 5 | No | ndividual or spouse currently owns or has registered 4 5 watercraft |
| | 4 | No | ndividual or spouse currently owns or has registered 3 watercraft |
| | 3 | No | ndividual or spouse currently owns or has registered 2 watercraft |
| | 2 | No | ndividual or spouse currently owns or has registered   watercraft |
| | | Yes | No evidence of current watercraft ownership or registration |
| | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Asset Ownership  Vehicle | 9 | No | ndividual or spouse currently owns or has registered a vehicle that has a base value of $200 000 or more |
| | 8 | No | ndividual or spouse currently owns or has registered a vehicle that has a base value of $ 50 000 $200 000 |
| | 7 | No | ndividual or spouse currently owns or has registered a vehicle that has a base value of $ 00 000 $ 50 000 |
| | 6 | No | ndividual or spouse currently owns or has registered  5 or more vehicles |
| | 5 | No | ndividual or spouse currently owns or has registered 8  4 vehicles |
| | 4 | No | ndividual or spouse currently owns or has registered 5 7 vehicles |
| | 3 | No | ndividual or spouse currently owns or has registered 3 4 vehicles |

| | | | | |
|---|---|---|---|---|
| | | 2 | No | ndividual or spouse currently owns or has registered  2 vehicles |
| | | | Yes | No evidence of current vehicle ownership or registration |
| | | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Access to Funds   ncome | | 9 | No | Based on the US Census data  the median household income for individual's best or input address neighborhood is greater than $250 000 annually |
| | | 8 | No | Based on the US Census data  the median household income for individual's best or input address neighborhood is $200 000   $250 000 annually |
| | | 7 | No | Based on the US Census data  the median household income for individual's best or input address neighborhood is $ 50 000   $200 000 annually |
| | | 6 | No | Based on the US Census data  the median household income for individual's best or input address neighborhood is $ 00 000   $ 50 000 annually |
| | | 5 | No | Based on the US Census data  the median household income for individual's best or input address neighborhood is $80 000   $ 00 000 annually |
| | | 4 | No | Based on the US Census data  the median household income for individual's best or input address neighborhood is $60 000   $80 000 annually |
| | | 3 | No | Based on the US Census data  the median household income for individual's best or input address neighborhood is $40 000   $60 000 annually |
| | | 2 | Yes | Based on the US Census data  the median household income for individual's best or input address neighborhood is $20 000   $40 000 annually |
| | | | No | Based on the US Census data  the median household income for individual's best or input address neighborhood is $0   $20 000 annually |
| | | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Access to Funds   Real Property | | 9 | No | Sum of tax assessed values for all properties that are currently owned by the individual or spouse is greater than or equal to $ 5 million |
| | | 8 | No | Sum of tax assessed values for all properties that are currently owned by the individual or spouse are from $5 million to $ 5 million |
| | | 7 | No | Sum of tax  assessed values for all properties that are currently owned by the individual or spouse are from $  million to $5 million |
| | | 6 | No | Sum of tax  assessed values for all properties that are currently owned by the individual or spouse are from $500 000 to $  million |
| | | 5 | Yes | Sum of tax assessed values for all properties that are currently owned by the individual or spouse are from $200 000 to $500 000 |
| | | 4 | No | Sum of tax assessed values for all properties that are currently owned by the individual or spouse are from $50 000 and $200 000 |
| | | 3 | No | Sum of tax assessed values for all properties that are currently owned by the individual or spouse is less than $50 000 |
| | | 2 | No | ndividual or spouse previously owned property  but do not currently own property |
| | | | No | ndividual or spouse has no current record of property ownership |
| | | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Geographic Attributes | | | | |
| Geographic | | 9 | No | ndividual resides in a county or area that has a high crime index  borders a foreign jurisdiction  and is classified as either a H FCA (high intensity financial crimes area) or H D  A (high intensity drug trafficking area) |
| | | 8 | No | ndividual resides in a city that has direct access to a foreign jurisdiction through either a border station  a rail crossing or a ferry crossing |
| | | 7 | No | ndividual resides in a county that borders a foreign jurisdiction |
| | | 6 | No | ndividual resides in a county that does not border foreign jurisdiction  but borders an ocean and is within  50 miles from a foreign jurisdiction |
| | | 5 | No | ndividual resides in a county or area that has a high crime index and is classified as H FCA (high intensity financial crimes area) or H D  A (high intensity drug trafficking area) |
| | | 4 | Yes | ndividual resides in an area that has a high crime index |
| | | 3 | No | ndividual resides in a county that is classified as a H FCA (high intensity financial crimes area) |
| | | 2 | No | ndividual resides in a county that is classified as a H D  A (high intensity drug trafficking area) |
| | | | No | ndividual resides in an area with an average to below average crime index (or crime census data not found) |
| | | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Mobility | | 9 | No | ndividual has no address history reported |
| | | 8 | No | ndividual's address history is reported for less than   year |
| | | 7 | No | ndividual has only one address reported and the address history is reported for more than   year |
| | | 6 | No | ndividual was reported to have moved less than   year ago and moved 2 3 times in last 3 years and all moves are within 50 miles |
| | | 5 | No | ndividual is reported to have moved less than   year ago and is reported at the previous address for less than 3 years |
| | | 4 | No | ndividual is reported to have moved less than   year ago and was reported at previous address for more than 3 years |
| | | 3 | No | ndividual is reported at current address for    3 years |
| | | 2 | No | ndividual is reported at current address for 3  5 years |
| | | | Yes | ndividual is reported at the current address for more than 5 years |
| | | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Legal Events Attributes | | | | |
| State Legal Events | | 9 | No | ndividual is reported with evidence of possible current incarceration |
| | | 8 | No | ndividual is reported with evidence of a felony conviction within the last 3 years |
| | | 7 | No | ndividual is reported with evidence of a felony conviction that is either older than 3 years or the date cannot be calculated |
| | | 6 | Yes | ndividual is reported with evidence of previous incarceration  current parole  current probation or was under the supervision of the Department of Corrections at some point in time |
| | | 5 | No | ndividual is reported with evidence of uncategorized  infraction  misdemeanor  or traffic conviction within the last 3 years |
| | | 4 | Yes | ndividual is reported with evidence of uncategorized  infraction  misdemeanor  or traffic conviction that is older than 3 years or the date cannot be calculated |
| | | 3 | No | ndividual is reported with evidence of a felony charge  but either the conviction is unknown or there are charges without convictions |
| | | 2 | No | ndividual is reported with evidence of uncategorized  infraction  misdemeanor  or traffic charge  but either the conviction is unknown or there are charges without convictions |
| | | | No | ndividual does not meet any of the legal events for levels 9  2 |
| | | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Civil Legal Events | | 9 | No | ndividual is reported with evidence of bankruptcy in the last 7 years |
| | | 8 | No | ndividual is reported with evidence of  0 or more liens  judgments  or evictions in the last 5 years |
| | | 7 | No | ndividual is reported with evidence of 5 9 liens  judgments  or evictions in the last 5 years |
| | | 6 | No | ndividual is reported with evidence of    4 liens  judgments  or evictions in the last 5 years |
| | | 5 | No | ndividual is reported with evidence of bankruptcy more than 7 years ago or the date cannot be calculated |
| | | 4 | No | ndividual is reported with evidence of  0 or more liens  judgments  or evictions more than 5 years ago |
| | | 3 | No | ndividual is reported with evidence of 5 9 liens  judgments  or evictions more than 5 years ago |
| | | 2 | No | ndividual is reported with evidence of    4 liens  judgments  or evictions more than 5 years ago |
| | | | Yes | ndividual is reported with no bankruptcies  liens  judgments  or evictions  or there was at least one bankruptcy  lien  judgment  or eviction that was released or dismissed |
| | | 0 | No | nsufficient information is reported on the  ndividual and a calculation cannot be made |
| Civil Legal Events   Filing Amount | | 9 | No |  ndividual is reported with evidence that the total filing amount of all   ax Liens (Federal  State  County or City)  Judgments or Evictions in last 5 years is greater than $500 000 |
| | | 8 | No |  ndividual is reported with evidence that the total filing amount of all   ax Liens (Federal  State  County or City)  Judgments or Evictions in last 5 years is between $ 00 000   $500 000 |
| | | 7 | No |  ndividual is reported with evidence that the total filing amount of all   ax Liens (Federal  State  County or City)  Judgments or Evictions in last 5 years is between $50 000   $ 00 000 |
| | | 6 | No |  ndividual is reported with evidence that the total filing amount of all   ax Liens (Federal  State  County or City)  Judgments or Evictions in last 5 years is less than $50 000 or is unknown |
| | | 5 | No |  ndividual is reported with evidence that the total filing amount of all other Liens  Judgments or Evictions in last 5 years is greater than $ 00 000 |
| | | 4 | No |  ndividual is reported with evidence that the total filing amount of all other Liens  Judgments or Evictions in last 5 years is less than $ 00 000 or is unknown |
| | | 3 | No |  ndividual is reported with evidence that the total filing amount of all   ax Liens (Federal  State  County or City)  Judgments or Evictions older than 5 years is greater than or equal to $0 |
| | | 2 | No |  ndividual is reported with evidence that the total filing amount of all other Liens  Judgments or Evictions older than 5 years is greater than or equal to $0 |

| | | | |
|---|---|---|---|
| | | Yes | ndividual is reported with no Liens Judgments or Evictions or there was at least one Lien Judgment or Eviction that was released or dismissed |
| | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Offense ypes | 9 | No | hrough a category search the individual is found to be reported with a conviction or an arrest or an offense charge that contains terms associated with the following offense categories errorism reason and Espionage Criminal Syndicalism Money Laundering Money Laundering Product ax Evasion Racketeering Extortion and Blackmail Organized Crime or Criminal Proceeds |
| | 8 | No | hrough a category search the individual is found to be reported with a conviction or an arrest or an offense charge that contains terms associated with the following offense categories Human rafficking and Smuggling Drugs rafficking and Smuggling Arms rafficking and Smuggling Other rafficking and Smuggling Manufacture and Distribute Drugs and Weapons or Explosives and Devices |
| | 7 | No | hrough a category search the individual is found to be reported with a conviction or an arrest or an offense charge that contains terms associated with the following offense categories Forge and Counterfeit Operate Without License Embezzle Misappropriate and Mismanagement of Funds Wire Fraud Bank Fraud Financial Card Fraud ax Fraud Mortgage Fraud Healthcare Fraud Employment and Work Comp Fraud nsurance Fraud Organized Fraud nvoice Fraud dentity Fraud and heft Check Fraud General Fraud Concealment of Funds or Property Obtain Property by False Pretense False Statement or mpersonation mport and Export Offenses Antitrust Violations Securities and Commodities Election Crimes and Corruption Political Crimes and Corruption Corruption Bribery and Kickbacks Money ransmitter or Structuring |
| | 6 | No | hrough a category search the individual is found to be reported with a conviction or an arrest or an offense charge that contains terms associated with the following offense categories Bank Robbery Armed Robbery Robbery Burglary Car Jacking Breaking and Entering Felony and Aggravated heft General heft Gang Activities or Chop Shop |
| | 5 | No | hrough a category search the individual is found to be reported with a conviction or an arrest or an offense that contains terms associated with the following offense categories Solicitation Sex Offense Related Solicitation General Pornography Prostitution Sex Offenses or Rape |
| | 4 | No | hrough a category search the individual is found to be reported with a conviction or an arrest or an offense charge that contains terms associated with the following offense categories Murder and Homicide Kidnapping and False mprisonment Deadly Conduct Assault Stalking and errorize Cyber Stalking Riot and Civil Disorder Booby rap Hate Crime and Civil Rights Retaliation Sabotage Elder Exploitation Family and Provider Abuse Arson Vandalism and Criminal Mischief Poisoning EPA and Waste Fugitive or Warrant Violating Orders Probation or Parole Violation Resist Arrest or Escape Court Charges Obstruction of Justice or Weapons |
| | 3 | Yes | hrough a category search the individual is found to be reported with a conviction or an arrest or an offense charge that contains terms associated with the following offense categories Misconduct Computer and Cyber Gambling and Casino Digital Currency Conspiracy General Perjury General Obstruction and Hinder General ampering General Damage and Destroy tems General Sanctions ransportation Violations Corruption of Minors ax Offenses General DU Alcohol Related Animal Fighting or Drugs |
| | 2 | No | hrough a category search the individual is found to be reported with a conviction or an arrest or an offense charge that contains terms associated with the following offense categories Shoplifting respassing Disorderly Conduct mmigration and Alien Child Support and Custody Zoning and Building Violations raffic Related Hunt Fish and Game Offenses Livestock and Domestic Animal Offenses Ordinances and nfractions or No Offense Provided |
| | | No | ndividual does not meet any of the legal events for levels 9 2 |
| | 0 | No | ndividual has an offense reported but there is insufficient information to accurately categorize the offense |
| dentity Attributes | | | |
| dentity Risk | 9 | No | nactive dentity ndividual's identity (Lex D) has emerged but has not been seen by any reporting source within the last 3 years |
| | 8 | No | Unstable dentity ndividual's identity (Lex D) has emerged but the Lex D and/or the SSN is being reported as deceased |
| | 7 | No | Unstable dentity ndividual's identity (Lex D) has emerged but the SSN has red flags associated with it such as being invalid associated with multiple Lex Ds being issued prior to the date of birth SSN was randomly issued and is invalid or Lex D associated with multiple SSNs |
| | 6 | No | Unstable dentity ndividual's identity (Lex D) has emerged but is missing key personally identifiable information (P ) such as address or date of birth |
| | 5 | No | Emerging dentity ndividual's identity (Lex D) has emerged and been reported at LexisNexis for 0 2 years |
| | 4 | No | Established dentity ndividual's identity (Lex D) has emerged and been reported at LexisNexis for 2 5 years |
| | 3 | No | Established dentity ndividual's identity (Lex D) has emerged and been reported at LexisNexis for 5 0 years |
| | 2 | No | Established dentity ndividual's identity (Lex D) has emerged and been reported at LexisNexis for 0 20 years |
| | | Yes | Established dentity ndividual's identity (Lex D) has emerged and been reported at LexisNexis for 20+ years |
| | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Age Range | 9 | No | ndividual's estimated age based on Lex D is 8 years old |
| | 8 | No | ndividual's estimated age based on Lex D is 9 2 years old |
| | 7 | No | ndividual's estimated age based on Lex D is 22 25 years old |
| | 6 | No | ndividual's estimated age based on Lex D is 26 35 years old |
| | 5 | No | ndividual's estimated age based on Lex D is 36 50 years old |
| | 4 | No | ndividual's estimated age based on Lex D is 5 63 years old |
| | 3 | No | ndividual's estimated age based on Lex D is 64 75 years old |
| | 2 | Yes | ndividual's estimated age based on Lex D is 76 85 years old |
| | | No | ndividual's estimated age based on Lex D is more than 85 years old |
| | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| US Residency Characteristics | 9 | No | ndividual has an invalid SSN or has no associated SSN/ N |
| | 8 | No | ndividual is associated with either a current/historical N or a current/historical SSN in a range that is issued to immigrants* |
| | 7 | No | ndividual has a DOB that occurs prior to the issuance date of at least one parent's SSN |
| | 6 | No | ndividual has at least one parent that is associated with either a current/historical N or a current/ historical SSN in a range that is issued to immigrants* |
| | 5 | Yes | ndividual is not associated with any parents or is associated with parents but neither parents have an SSN/ N |
| | 4 | No | ndividual was first reported in public records less than 3 years ago and is either not a registered voter or no voting source is available |
| | 3 | No | ndividual was first reported in public records between 3 0 years ago and is either not a registered voter or no voting source is available |
| | 2 | Yes | ndividual was first reported in public records more than 0 years ago and is either not registered to vote or no voting source is available |
| | | No | ndividual is a registered voter or at least one parent of that individual is a registered voter |
| | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Network Attributes | | | |
| Person Associates | 9 | No | At least one personal associate or relative ( st/2nd degree) is reported with evidence of current incarceration |
| | 8 | No | At least one personal associate or relative ( st/2nd degree) is reported with evidence of being a potential sex offender |
| | 7 | No | At least one personal associate or relative ( st/2nd degree) is reported with evidence of potentially being on parole or probation |
| | 6 | No | At least one personal associate or relative ( st/2nd degree) is reported with evidence of a felony reported within the past 3 years |
| | 5 | No | At least one personal associate or relative ( st/2nd degree) is reported with evidence of prior incarceration |
| | 4 | No | More than one personal associate or relative ( st/2nd degree) was first reported within the past one year and associate/relative is associated with an invalid SSN an SSN that was issued prior to date of birth multiple identities an SSN that is associated with more than 2 identities or has no SSN associated |
| | 3 | No | One personal associate or relative ( st/2nd degree) was first reported within the past year and the associate/relative is associated with an invalid SSN an SSN that was issued prior to date of birth multiple identities an SSN that is associated with more than 2 identities or has no SSN associated |
| | 2 | Yes | At least one personal associate or relative ( st/2nd degree) was first reported more than one year ago and associate/relative is associated with an invalid SSN an SSN that was issued prior to date of birth multiple identities an SSN that is associated with more than 2 identities or has no SSN associated |
| | | No | No personal associates or relatives ( st/2nd degree) are associated with the legal events or identity risk in the other possible values |
| | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made OR individual does not meet any of the other possible values |
| Professional License | 9 | No | ndividual has an active professional license in a law or accounting related field |
| | 8 | No | ndividual has an active professional license in a finance or real estate related field |
| | 7 | No | ndividual has an active professional license in a medical doctor related field |
| | 6 | No | ndividual has an active professional license in one of the following fields pilot related marine pilot related harbor pilot related or explosives related |
| | 5 | No | ndividual has an expired inactive or unknown status professional license in a law or accounting related field |

| | | | | |
|---|---|---|---|---|
| | | 4 | No | ndividual has an expired  inactive  or unknown status professional license in a finance or real estate related field |
| | | 3 | Yes | ndividual has an expired  inactive  or unknown status professional license in a medical doctor related field |
| | | 2 | No | ndividual has an expired  inactive  or unknown status professional license in one of the following fields  pilot related  marine pilot related  harbor pilot related  or explosives related |
| | | | No | ndividual does not have an active or expired high risk professional license |
| | | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |
| Business Associations | | 9 | No | ndividual is a BEO (Business executive or Owner) of a business with a best NA CS (North American ndustry Classification System) code or best S C (standard industrial classification) code that is listed as a retail or non retail C B (cash intensive business) (either current or within the last 3 years) |
| | | 8 | No | ndividual is a BEO (Business executive or Owner) of a business with a best NA CS (North American ndustry Classification System) code or best S C (standard industrial classification) code listed as a MSB (money service business)  a NBF (non bank financial institution) or a casino or gaming related business (either current or within the last 3 years) |
| | | 7 | No | ndividual is a BEO (Business executive or Owner) of a business with a best NA CS (North American ndustry Classification System) code or best S C (standard industrial classification) code listed as a legal  accountant  telemarketer  flight training  travel agency or automotive related business (either current or within the last 3 years) |
| | | 6 | No | ndividual is a BEO (Business executive or Owner) of a business with a best NA CS (North American ndustry Classification System) code or best S C (standard industrial classification) code listed in a high risk category (either current or within the last 3 years) |
| | | 5 | Yes | ndividual is a BEO (Business executive or Owner) of a business with at least one NA CS (North American ndustry Classification System) code or S C (standard industrial classification) code that is listed as a retail or non retail C B (cash intensive business) (either current or within the last 3 years) |
| | | 4 | Yes | ndividual is a BEO (Business executive or Owner) of a business with at least one NA CS (North American ndustry Classification System) code or S C (standard industrial classification) code listed as a MSB (money service business)  a NBF (non bank financial institution) or a casino or gaming related business (either current or within the last 3 years) |
| | | 3 | Yes | ndividual is a BEO (Business executive or Owner) of a business with at least one NA CS (North American ndustry Classification System) code or S C (standard industrial classification) code listed as a legal  accountant  telemarketer  flight training  travel agency or automotive related business (either current or within the last 3 years) |
| | | 2 | Yes | ndividual is a BEO (Business executive or Owner) of a business with at least one best NA CS (North American ndustry Classification System) code or S C (standard industrial classification) code listed in a high risk category (either current or within the last 3 years) |
| | | | Yes | ndividual either has no business associations or has business associations that do not fall into levels 9  2 |
| | | 0 | No | nsufficient information is reported on the individual and a calculation cannot be made |

## Economic - Attributes & Data

Contains additional details and information related to the current and historical ownership of real property  aircraft  watercraft and motor vehicle   hese details provide insight into the data that is used to calculate the Economic Attributes

### Economic Attributes Summary

**Asset Ownership - Real Property - 6:** ndividual and/or spouse currently owns 5 real properties
**Asset Ownership - Aircraft - 1:** No evidence of aircraft ownership
**Asset Ownership - Watercraft - 1:** No evidence of current watercraft ownership or registration
**Asset Ownership - Vehicle - 1:** No evidence of current vehicle ownership or registration
**Access to Funds - Income - 2:** Based on the US Census data  the median household income for individual's best or input address neighborhood is $20 000  $40 000 annually
**Access to Funds - Real Property - 5:** Sum of tax assessed values for all properties that are currently owned by the individual or spouse are from $200 000 to $500 000

### Real Property Current (5)

Sum of tax assessed property(s) value  $396 002

| No. | Property Address | Most Recent Tax Assess. | Area Risk | Neighborhood Crime Index |
|---|---|---|---|---|
| 1 | 60 Harbor  race Cir<br>Charleston SC 294 2<br>(Dwelling) | $27 680<br>Year  2020 | H FCA  No<br>H D A  No | Low |

**Ownership Details**

UN ON  GA L R
Lex D  ▇▇▇▇▇-0124
UN ON  JOSEPH M CHAEL
Lex D  ▇▇▇▇▇-4569

| | |
|---|---|
| Owner Occupied | Unknown |
| Vacant | No |
| Purchase Date | |
| Purchase Price | $5 5 000 |

**Access to Foreign Jurisdiction**

| | |
|---|---|
| City has border station to foreign jurisdiction | No |
| City has rail crossing to foreign jurisdiction | No |
| City has ferry crossing to foreign jurisdiction | No |
| County Borders a foreign country | No |
| County Borders Ocean & Within  50 Miles of Foreign Country | No |

| No. | Property Address | Most Recent Tax Assess. | Area Risk | Neighborhood Crime Index |
|---|---|---|---|---|
| 2 | 43 Lullworth Cv<br>Macon GA 3 2 0<br>(Residential  mproved) | $75 8 0<br>Year  2020 | H FCA  No<br>H D A  No | Low |

**Ownership Details**

UN ON  GA L R
Lex D  ▇▇▇▇▇-0124

| | |
|---|---|
| Owner Occupied | Unknown |
| Vacant | No |
| Purchase Date | |

**Access to Foreign Jurisdiction**

| | |
|---|---|
| City has border station to foreign jurisdiction | No |
| City has rail crossing to foreign jurisdiction | No |
| City has ferry crossing to foreign jurisdiction | No |
| County Borders a foreign country | No |
| County Borders Ocean & Within  50 Miles of Foreign Country | No |

| No. | Property Address | Most Recent Tax Assess. | Area Risk | Neighborhood Crime Index |
|---|---|---|---|---|
| 3 | 7 6 Glen Merry Blvd<br>Macon GA 3 2 0<br>(Single Family Residence) | $230 680<br>Year  2020 | H FCA  No<br>H D A  No | Low |

**Ownership Details**

UN ON  GA L R
Lex D  0▇▇▇4-0124
UN ON  JOSEPH M CHAEL
Lex D  0025-8187-4569

| | |
|---|---|
| Owner Occupied | Unknown |
| Vacant | No |
| Purchase Date | 0 / 4/20 |
| Purchase Price | $597 000 |

**Access to Foreign Jurisdiction**

| | |
|---|---|
| City has border station to foreign jurisdiction | No |
| City has rail crossing to foreign jurisdiction | No |
| City has ferry crossing to foreign jurisdiction | No |
| County Borders a foreign country | No |
| County Borders Ocean & Within  50 Miles of Foreign Country | No |

| 4 | 43 Lulworth Cv (Split level Residence) | | $6 832 Year 20 6 | H FCA No H D A No | Low |

**Ownership Details**

UN ON  GA L R
Lex D  ███-0124
UN ON  JOSEPH M CHAEL
Lex D  0025-8187-4569

| Owner Occupied | Yes |
| Vacant | No |
| Purchase Date | |
| Purchase Price | $75 000 |

**Access to Foreign Jurisdiction**

| City has border station to foreign jurisdiction | No |
| City has rail crossing to foreign jurisdiction | No |
| City has ferry crossing to foreign jurisdiction | No |
| County Borders a foreign country | No |
| County Borders Ocean & Within 50 Miles of Foreign Country | No |

| 5 | 720 Dunblane Dr | | | H FCA No H D A No | Low |

**Ownership Details**

UN ON  JOSEPH M CHAEL
Lex D  ███-4569

| Owner Occupied | Unknown |
| Vacant | No |
| Purchase Date | |

**Access to Foreign Jurisdiction**

| City has border station to foreign jurisdiction | No |
| City has rail crossing to foreign jurisdiction | No |
| City has ferry crossing to foreign jurisdiction | No |
| County Borders a foreign country | No |
| County Borders Ocean & Within 50 Miles of Foreign Country | No |

## Real Property Map

## Aircraft Current (0)

| No. | Ownership | Year/Make/Model | Aircraft Type | Number of Engines | Tail Number | Serial No. | Registration Date |
|---|---|---|---|---|---|---|---|

## Watercraft Current (0)

| No. | Ownership | Year/Make/Model | Vessel Service Type | Length (Ft-In) | Propulsion | HIN | Title - State & Date | Last Registration - State & Date |
|---|---|---|---|---|---|---|---|---|

## Vehicle Current (0)

| No. | Ownership | License Plate Type | Class/Type | Year/Make/Model | Base Price | VIN | Title - State & Date | Last Registration - State & Date |
|---|---|---|---|---|---|---|---|---|

## Geographic - Attributes & Data

his section contains additional details and information related to the address history of the subject  including geographic area  which are used to calculate the Geographic Attributes

### Geographic Attributes Summary

**Geographic - 4:**  ndividual resides in an area that has a high crime index
**Mobility - 1:**  ndividual is reported at the current address for more than 5 years

### Current Area of Residence ( 1 )

| No. | Address & Type | Area Information | Resident /Tenant Risk |
|---|---|---|---|
| | Residence<br>7 6 Glen Merry Blvd<br>Macon GA 3 2 0 5390<br>County Monroe<br><br>Length of time at residence  0 /20<br>08/202<br>ype  S NGLE FAM LY DWELL NG UN  S<br><br>Miles from previous residence  0 mile(s) | Area  Low Crime  ndex<br>Ownership Status  Current | Current Resident(s)  enants(s) 0<br>Relatives 0<br>Business Associates 0<br>High Risk Prof  Service Providers or High Risk Field of Study 0<br>Potential Criminal Records/Arrests 0<br>Potential Sex Offenders 0 |

### Prior Area of Residence ( 6 )

| No. | Address & Type | Area Information | Resident /Tenant Risk |
|---|---|---|---|
| | Residence<br> 43 Lullworth Cv<br>Macon GA 3 2 0 2 73<br>County Bibb<br><br>Length of time at residence  0 / 983<br>05/20 0<br>ype  S NGLE FAM LY DWELL NG UN  S<br><br>Miles from previous residence  2 8 mile(s) | Area  Low Crime  ndex<br>Ownership Status  Prior | Current Resident(s)  enants(s) 0<br>Relatives 0<br>Business Associates 0<br>High Risk Prof  Service Providers or High Risk Field of Study 0<br>Potential Criminal Records/Arrests 0<br>Potential Sex Offenders 0 |
| 2 | Residence<br> 60 Harbor  race Cir<br>Charleston  SC 294  2 4967<br>County Charleston<br><br>Length of time at residence  0 /2006<br>06/202<br>ype  S NGLE FAM LY DWELL NG UN  S<br><br>Miles from previous residence  2 3 mile(s) | Area  High Crime  ndex<br>Ownership Status  Prior | Current Resident(s)  enants(s) 0<br>Relatives 0<br>Business Associates 0<br>High Risk Prof  Service Providers or High Risk Field of Study 0<br>Potential Criminal Records/Arrests 0<br>Potential Sex Offenders 0 |
| 3 | Residence<br>Po Box 274 8<br>Macon GA 3 22  74 8<br>County Bibb<br><br>Length of time at residence  07/ 978 | Area  High Crime  ndex<br>Ownership Status  Prior | Current Resident(s)  enants(s) 2<br>Relatives 2<br>Business Associates 0<br>High Risk Prof  Service Providers or High Risk Field of Study 0<br>Potential Criminal Records/Arrests 0<br>Potential Sex Offenders 0 |

| | | | |
|---|---|---|---|
| | 08/202<br>ype<br><br>Miles from previous residence   mile(s) | | |
| 4 | Residence<br>2 80 Vineville Ave<br>Macon GA 3 204 3 24<br>County Bibb<br><br>Length of time at residence 09/ 990  08/202<br>ype UNDEF NED OR BUS NESS<br><br>Miles from previous residence  0 mile(s) | Area High Crime ndex<br>Ownership Status Prior | Current Resident(s) enants(s) 4<br>Relatives<br>Business Associates 0<br>High Risk Prof Service Providers or High Risk Field of Study 3<br>Potential Criminal Records/Arrests<br>Potential Sex Offenders 0 |
| 5 | Residence<br>20 Conneaut Dr<br>Macon GA 3 204<br>County Bibb<br><br>Length of time at residence  2/20 6  2/20 6<br>ype<br><br>Miles from previous residence   mile(s) | Area High Crime ndex<br>Ownership Status Prior | Current Resident(s) enants(s) 0<br>Relatives 0<br>Business Associates 0<br>High Risk Prof Service Providers or High Risk Field of Study 0<br>Potential Criminal Records/Arrests<br>Potential Sex Offenders 0 |
| 6 | Residence<br>763 Pine St<br>Macon GA 3 20  2 7<br>County Bibb<br><br>Length of time at residence  0 / 983<br>0 / 983<br>ype<br><br>Miles from previous residence  0 mile(s) | Area<br>Ownership Status Prior | Current Resident(s) enants(s) 0<br>Relatives 0<br>Business Associates 0<br>High Risk Prof Service Providers or High Risk Field of Study 0<br>Potential Criminal Records/Arrests 0<br>Potential Sex Offenders 0 |

## Legal Events - Attributes & Data

his section contains additional details that are related to legal events that were reported for a person through public records  hese details provide insight into the data that was used to calculate the Legal Events Attributes

### Legal Events Attributes Summary

State Legal Events - 6:  ndividual is reported with evidence of previous incarceration  current parole  current probation or was under the supervision of the Department of Corrections at some point in time
Civil Legal Events - 1:  ndividual is reported with no bankruptcies  liens  judgments  or evictions  or there was at least one bankruptcy  lien  judgment  or eviction that was released or dismissed
Civil Legal Events - Filing Amount - 1:  ndividual is reported with no Liens  Judgments  or Evictions  or there was at least one Lien  Judgment  or Eviction that was released or dismissed
Offense Types - 3:   hrough a category search  the individual is found to be reported with a conviction or an arrest or an offense charge that contains terms associated with the following offense categories  Misconduct  Computer and Cyber  Gambling and Casino  Digital Currency  Conspiracy  General  Perjury  General  Obstruction and Hinder  General   ampering  General  Damage and Destroy  tems  General  Sanctions   ransportation Violations  Corruption of Minors   ax Offenses  General  DU   Alcohol Related  Animal Fighting  or Drugs

### Possible Criminal Records

| No. | State | Source | Case# | Statute | First Reported | Last Reported | Offense Level | Offense Type | Charge | Charge Level Calculated | Conviction | DOC Overall Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GA | DOC | | | | | 3 | DU | DU | Unknown | Yes | PREV OUS NCARCERA ON |

County:
County Court:
City: CLARKE COUN Y WES ERN C
Agency:
Race: WH E
Sex: Male

Height:
Weight:
Hair Color:
Eye Color:

Reported Offense Data:

| No. | Date | Arrest Date | Sentence Date | Sentence Start Date | Conviction | Charge Level | Max Term | Charge | Conviction Override Date | Scheduled Release Date | Actual Release Date | Inmate Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Yes | | | DU | | | 2/04/ 997 | S RA GH PROBA ON (NO PR SON) |

| No. | Parole Status | Party Names | Current Incarceration | Current Parole | Current Probation | Parole Actual Release Date | Parole Presumptive Release Date | Parole Scheduled Release Date | Parole Current Status | Current Known Inmate Status | Current Location Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | JOSEPH UN ON | No | No | No | | | | | S RA GH PROBA ON (NO PR SON) | |

### Possible Judgments/Liens & Evictions

| No. | Person | Filing Number | Filing Amount | Filing Details | Date | Agency Information |
|---|---|---|---|---|---|---|

## Identity - Attributes & Data

his section contains additional details and information related to the identity of the subject

### Identity Attributes Summary

Identity Risk - 1:  Established  dentity  ndividual's identity (Lex D) has emerged and been reported at LexisNexis for 20+ years
Age Range - 2:  ndividual's estimated age based on Lex D is 76  85 years old
US Residency Characteristics - 5:   ndividual is not associated with any parents or is associated with parents  but neither parents have an SSN/  N

### LexID Sources Reporting (5)

| No. | Source Category | Times Reported | First Reported | Last Reported |
|---|---|---|---|---|
| | Aircraft | 0 | | |
| 2 | Bankruptcy Records | 0 | | |
| 3 | Bureau | 66 | 0 /0 / 983 | 08/0 /202 |
| 4 | Driver Licenses | 0 | | |
| 5 | Liens and Judgments | 0 | | |
| 6 | Professional Licenses | 2 | 07/0 / 978 | 05/0 /202 |
| 7 | Property | 28 | 07/0 / 978 | 0 /0 /2020 |
| 8 | Student Data | 0 | | |
| 9 | Utility | 8 | 06/0 /2005 | 06/0 /202 |
| 0 | Motor Vehicle Registrations | 0 | | |
| | Voter Registrations | 0 | | |

| | | | | |
|---|---|---|---|---|
| 2 | WaterCraft Registrations | 0 | | |
| 3 | Other | 0 | 04/0 /2003 | 07/0 /202 |

## LexID Information

| Identity | Dates | AKA's | Reported SSN's | Issues |
|---|---|---|---|---|
| ype          Established<br>ndividual's identity (Lex D) has emerged and been reported at Lexis Nexis for 20+ years | Reported DOB's  07/ 944 (age 77)<br>                            944 (age 77)<br>Date Appeared    07/0 / 978<br>                            (43 year(s) ago)<br>Date Last Reported  08/0 /202<br>                            ( month(s) ago) | JOSEPH M CHAEL<br>M CHAEL JOSEPH<br>UN ON J M<br>UN ON JOSEPH<br>UN ON JOSEPH M<br>UN ON JOSEPH M<br>UN ON JOSEPH M CHAEL<br>UN ON M<br>UN ON M<br>UN ONDPM JOSEPH M<br>YU ON JOSEPH M | XXXX  Lex D         -1332 | Last Reported Deceased        No<br>Lex D Best SSN nvalid             No<br>Lex D Multiple SSN's                 No |

## SSN Information

| SSN | SSN Reporting for LexID | SSN Insight | SSN Deviations |
|---|---|---|---|
| Best Data<br>       XXXX<br>First Associated 07/0 / 978<br>Last Associated 08/0 /202 | SSN Associated  0<br>Sources Reporting<br>Bureau 33<br>Professional Licenses 6<br>Property  4<br>Utility 9<br>Other 5 | ssuance Date High  2/3 / 960<br>ssuance Date Low 0 /0 / 959<br>ssuance State GA<br>Randomized  No<br>Enumeration At Entry  No<br>SSN s    N No<br>nvalid  No<br>ssued Prior  o DOB No<br>Randomly ssued/ nvalid No<br>SSNReportedAsDeceased  No | Self<br>UN ON  JOSEPH M CHAEL<br>Lex D                  4569<br>DOB 07/ 944<br>Address<br>2 80 V NEV LLE AVE<br>Macon GA 3 204 3 24<br>SSN Associated<br><br>WALKER  J<br>Lex D                 8594<br>DOB<br>Address<br>SSN Associated  0 |

## Network - Attributes & Data

his section contains additional details and information related to the professional network of the subject  including Professional Licenses   which are used to calculate the Network Attributes

### Network Attributes Summary

**Person Associates - 2:**  At least one personal associate or relative ( st/2nd degree) was first reported more than one year ago and associate/relative is associated with  an invalid SSN  an SSN that was issued prior to date of birth  multiple identities  an SSN that is associated with more than 2 identities  or has no SSN associated
**Professional License - 3:**   ndividual has an expired  inactive or unknown status professional license in a medical doctor related field
**Business Associations - 5:**   ndividual is a BEO (Business executive or Owner) of a business with at least one NA CS (North American  ndustry Classification System) code or S C (standard industrial classification) code that is listed as a retail or non retail C B (cash intensive business) (either current or within the last 3 years)

**Person Associates** Possible Relatives (12), Possible Other Associates (1)

| | | | Potential Criminal Records / Arrests | |
|---|---|---|---|---|
| No. | Possible Relatives | Address | Traffic Related | All Other |
| | UN ON  GA L R<br>(Possible Wife)<br>SSN            XXXX<br>Lex D             -0124<br>DOB     / 948 | Po Box 274 8<br>Macon GA 3 22  74 8<br>Bibb County | No | No |
| 2 | UN ON   HOMAS SARD<br>(Possible Brother)<br>SSN            XXXX<br>Lex D             -6765<br>DOB 08/ 935 | 633 Wesleyan Dr Unit<br>Macon GA 3 2 0 084<br>Bibb County | No | No |
| 3 | UN ON  MELAN E A<br>(Possible Daughter)<br>SSN            XXXX<br>Lex D             -6143<br>DOB   0/ 975 | 4943 Oxford Rd<br>Macon GA 3 2 0 3060<br>Bibb County | No | Yes |
| 4 | UN ON  JOSEPH M CHAEL<br>(Possible Child)<br>SSN            XXXX<br>Lex D             -0934<br>DOB 04/ 970 | Po Box 26607<br>Macon GA 3 22  6607<br>Bibb County | Yes | No |
| 5 | UN ON  JOSEPH M<br>(Possible Child)<br>SSN            XXXX<br>Lex D             -0137<br>DOB 07/ 973 | Po Box 274 8<br>Macon GA 3 22  74 8<br>Bibb County | No | No |
| 6 | UN ON  JOSEPH M<br>(Possible Grandson)<br>SSN            XXXX<br>Lex D             -1016<br>DOB   2/200 | Po Box 26070<br>Macon GA 3 22  6070<br>Bibb County | No | No |
| 7 | UN ON  SANDRA A<br>(Possible n law)<br>SSN            XXXX<br>Lex D             6-1719<br>DOB     935 | 53 Howard Oaks Dr<br>Macon GA 3 2 0 73 6<br>Bibb County | No | No |
| 8 | MCEACHERN UN ON  MELAN E D<br>(Possible n law)<br>SSN            XXXX<br>Lex D             -6664<br>DOB 07/ 973 | Po Box 26607<br>Macon GA 3 22  6607<br>Bibb County | No | No |
| 9 | UN ON  SANDRA A<br>(Possible Sister in law)<br>SSN            XXXX<br>Lex D             -8555<br>DOB 09/ 943 | 633 Wesleyan Dr Unit<br>Macon GA 3 2 0 084<br>Bibb County | No | No |
| 0 | PAX ON  LAURA ANNE<br>(Possible Niece)<br>SSN            XXXX<br>Lex D             2-1791 | 204 Ashbury Ln<br>Macon GA 3 2 0 75 3<br>Bibb County | No | No |

| No. | | Address | Potential Criminal Records / Arrests | |
|---|---|---|---|---|
| | | | Traffic Related | All Other |
| | DOB 07/ 973 | | | |
| | UN ON  HOMAS SARD<br>(Possible Nephew)<br>SSN      XXXX<br>Lex D      4-2561<br>DOB 07/ 970 | 024 Brookford Rd<br>Macon GA 3 2 0 2307<br>Bibb County | No | No |
| 2 | MELV N  JUL E M CHELLE<br>(Possible Relative)<br>SSN      XXXX<br>Lex D      -2063<br>DOB  2/ 973 | 44 Mallie Dr<br>Forsyth GA 3 029 8768<br>Monroe County | No | No |

| No. | Possible Other Associates | Address | Potential Criminal Records / Arrests | |
|---|---|---|---|---|
| | | | Traffic Related | All Other |
| | LAKO S  EVEN LASZLO<br>(Possible Associate)<br>SSN      XXXX<br>Lex D      -3708<br>DOB 05/ 970 | 2 80 Vineville Ave<br>Macon GA 3 204 3 24<br>Bibb County | No | No |

## Professional License History

| No. | License Type | Status | Profession or Board | Issue Date | Expiration Date | High Risk Category |
|---|---|---|---|---|---|---|
| | POD A R S | NAC VE | | 0 /24/ 975 | 08/3 /202 | Medical or Doctor |
| 2 | POD A R S | NAC VE | POD A R S | 975 | 08/3 /20 9 | Medical or Doctor |
| 3 | POD A R S | NAC VE | | 07/ 8/ 974 | 2/3 /20 4 | Medical or Doctor |
| 4 | DOC OR OF POD A R C MED C NE | NAC VE | DOC OR OF POD A R C MED C NE | 07/ 8/ 974 | 2/3 /20 4 | Medical or Doctor |

## Business Associations

| No. | Business | Best NAICS/SIC | Highest-Risk NAICS/SIC | Structure Type | Registered Agents |
|---|---|---|---|---|---|
| 1 | **CENTRAL GEORGIA FOOT & ANKLE CENTER PC**<br>2 80 V NEV LLE AVE<br>Macon GA 3 204 3 24<br>Lex D      -2837<br>(BUS NESS) | **Best NAICS:**<br>62 39  Offices of Podiatrists<br>**Best SIC:**<br>8043  Offices And Clinics Of Podiatrists | 5999  Misc Retail Stores Nec<br>C BNR | CORPORA ON BUS NESS | Union, Joseph<br>Lex D      -4569 |

| Business Executives and Owners | Title | Reported Date |
|---|---|---|
| **Lako, Steven L**<br>Lex D      -3708 | CH EF EXECU VE OFF CER | Last Reported 07/3 /202<br>First Reported  /0 / 980 |
| **Lako, Steven L**<br>Lex D      -3708 | OFF CER | Last Reported 03/0 /202<br>First Reported 06/0 /20 3 |
| **Lako, Steven L**<br>Lex D      -3883 | PAR NER | Last Reported 07/3 /202<br>First Reported 05/22/2007 |
| **Ye, Ge**<br>Lex D      -8416 | CH EF F NANC AL OFF CER | Last Reported 06/07/202<br>First Reported  /0 / 980 |
| **Ye, Ge**<br>Lex D      -8416 | OFF CER | Last Reported 03/0 /202<br>First Reported  0/0 /2020 |
| **Union, Thomas S**<br>Lex D      -6765 | MANAGER | Last Reported 03/0 /202<br>First Reported 0 /0 /2006 |
| **Union, Thomas S**<br>Lex D      -6765 | PRES DEN | Last Reported 0 /0 /20 9<br>First Reported  /0 / 980 |
| **Union, Thomas S**<br>Lex D      -6765 | OWNER | Last Reported 03/07/20 8<br>First Reported  /0 / 980 |
| **Union, Thomas S**<br>Lex D      -6765 | PAR NER | Last Reported 05/30/20 4<br>First Reported  0/0 /200 |
| **Union, Joseph M**<br>Lex D      -4569 | PAR NER | Last Reported 03/0 /202<br>First Reported  0/0 /20 8 |
| **Union, Joseph M**<br>Lex D      -4569 | PRES DEN | Last Reported 03/0 /202<br>First Reported  0/0 /20 8 |
| **Union, Joseph M**<br>Lex D      -4569 | V CE PRES DEN | Last Reported 03/0 /202<br>First Reported  0/0 /20 8 |
| **Union, Joseph M**<br>Lex D      -4569 | CH EF F NANC AL OFF CER | Last Reported 0 /09/202<br>First Reported 06/0 / 99 |
| **Union, Joseph M**<br>Lex D      -4569 | OWNER | Last Reported  /0 /2020<br>First Reported  /0 /2020 |
| **Union, Joseph M**<br>Lex D      -4569 | OFF CER | Last Reported  /0 /2020<br>First Reported  /0 /2020 |
| **Union, Joseph M**<br>Lex D      -4569 | GENERAL MANAGER | Last Reported 0 /0 /20 9<br>First Reported 0 /0 /20 9 |
| **Union, Joseph M**<br>Lex D      -0934 | PAR NER | Last Reported 03/0 /202<br>First Reported  2/0 / 998 |
| **Union, Joseph M**<br>Lex D      -0934 | OWNER | Last Reported  /0 /2020<br>First Reported 07/0 /2020 |
| **Spaulding, As** | MANAGER | Last Reported 07/ 5/202<br>First Reported  2/3 /20 9 |
| **Laco, Steven** | PAR NER | Last Reported 05/07/2020<br>First Reported 08/0 /20 6 |
| **Uni, Thomas** | PRES DEN | Last Reported 03/07/20 8<br>First Reported  /0 / 980 |

| 2 | **FOOT & ANKLE AMBULATORY CENTER, INC.**<br>2 80 V NEV LLE AVE<br>Macon GA 3 204 3 24<br>Lex D      -9357<br>(BUS NESS) | **Best NAICS:**<br>62 9 0  Ambulance Services<br>**Best SIC:**<br>80430000 | | CORPORA ON BUS NESS | Union, Joseph<br>Lex D      -4569 |

| Business Executives and Owners | Title | Reported Date |
|---|---|---|
| **Lako, Steven L** | CH EF EXECU VE OFF CER | Last Reported  0/22/2020 |

| | | |
|---|---|---|
| Lex ID -3708 | | First Reported 07/08/'99 |
| Union, Joseph M<br>Lex ID -4569 | CHIEF FINANCIAL OFFICER | Last Reported 0/22/2020<br>First Reported 07/08/'99 |
| Ye, Ge<br>Lex ID -8416 | CHIEF FINANCIAL OFFICER | Last Reported 0/22/2020<br>First Reported 07/08/'99 |

## Key

🚩 High Risk Indicator - These symbols may prompt you to investigate further
🟨 Moderate Risk Indicator - These symbols may prompt you to investigate further
🔷 General Information Indicator - These symbols inform you that additional information is provided
✓ The most recent telephone listing as reported by Electronic Directory Assistance
W Wireless Phone Indicator - These symbols indicate a cell phone number
R Residential Phone Indicator - These symbols indicate a residential phone number
B Business Phone Indicator - These symbols indicate a business phone number
⊕ Most recent update from the source
🔴 High Index - Indicates a high number of points are associated with the index
🔺 Medium Index - Indicates a medium number of points are associated with the index
🟢 Low Index - Indicates a low number of points are associated with the index

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**FCRA:** The data provided to you by use of this product may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment or other purposes identified under the Fair Credit Reporting Act (FCRA).

**Your DPPA Permissible Use:** Use in Normal Course of Business
**Your GLBA Permissible Use:** Legal Compliance

Copyright © 202 LexisNexis Risk Solutions