Exhibit J

 LexisNexis Risk Management Solutions®

| Social Media Locator (34) | Search Terms: Address: **201 NORWOOD AVE NE**; City: **Atlanta**; State: **GA**; Zip: **30317**; Phone: **5598162625**; Email: **josephunion2@bejans.com**; Last Name: **Union**; First Name: **Joseph**; Middle Name: **M**; DOB: **07/26/19**... |
|---|---|

| Results Summary |
|---|
| Geo Social Network (2) |
| Micro-blogging (4) |
| Other (27) |
| Social Network Profiles (1) |

| All | Url | Category | Content | Data Matched | Rating |
|---|---|---|---|---|---|
| 1. | https://www.clemson.edu/registrar/documents/graduation-programs/grad-may-2020.pdf | Other | May 2020 Graduation Program\| Atlanta , GA. Danielle Adrienne Langley-Hairston . ... James Joseph Union IV ............................ Orangeburg, SC. Horticulture.\| | joseph union\|atlanta\|ga | High |
| 2. | https://doctor.webmd.com/doctor/joseph-union-ad7dba95-b7d3-49e2-8713-58e8b119dec1-overview | Other | Dr. Joseph Union Foot and Ankle Orthopedic. Macon GA\|Dr. Joseph Michael Union , MD. Is this you? Claim your profile. Foot and Ankle OrthopedicPodiatry. 2. \|. Leave a review. Macon, GA. 2 other locations.\| | joseph michael union\|ga | High |
| 3. | https://www.medicinenet.com/doctors/ad7dba95-b7d3-49e2-8713-58e8b119dec1/joseph-union/warner-robins-ga_doctor.htm | Other | Joseph Michael Union Foot and Ankle Orthopedic Surgeon Warner ...\| Joseph Michael Union , MD. Orthopaedics - Foot & Ankle and Podiatry. (478) 742-3631. Central Georgia Foot & Ankle Center 2180 Vineville Ave Macon, GA 31204.\| | joseph michael union\|ga | High |
| 4. | https://www.vitals.com/doctors/1s3gx6/joseph-union | Geo Social Network | Dr. Joseph Union , MD: Macon, GA\|Jan 27, 2019 ... Joseph M Union , MD is a doctor primarily located in Macon, GA, with other offices in Dublin, GA and Warner Robins, GA. His specialties include ...\| | joseph m union\|ga | High |
| 5. | https://www.vitals.com/doctors/1s3gx6/joseph-union/write-review | Geo Social Network | Dr. Joseph Union , MD: Macon, GA\|Dr. Joseph M Union , MD. Foot and Ankle Orthopedic, Podiatry. Macon, GA 31204 (2 other locations). Is this you? Claim your profile.\| | joseph m union\|ga | High |
| 6. | https://www.stjoeshealth.org/location/st-joseph-mercy-lab-union-lake | Other | St. Joseph Mercy Lab Union Lake 2630 Union Lake Road ...\|Holiday Hours:Thanksgiving: ClosedFriday after Thanksgiving lab hours: 8:30 a.m. - 4:30 p.m..\| | joseph mercy lab union | High |
| 7. | http://www.stjosephmemorylane.com/railroads/railroads.html | Other | St Joseph Railroads of the Past\|Photo #17 - 1911 The St Joseph Union Depot Company ... St Joseph Depot Company, Union Station Cafe, Chicago Burlington & Quincy Railroad station, ...\| | joseph union | Medium |
| 8. | https://sites.google.com/site/missrichcivilwar/confederate-leaders/joseph-johnston | Other | General Joseph Eggleston Johnston was a top military commander for the Confederate Army during the American Civil war. He had many successes as well as a considerable amount of failures that would lead to his downfall as a military leader. Joseph Eggleston Johnston was born on February 3rd, 1807 in Farmville, Virginia. he was born into an army ... | union, joseph johnston became the high | Medium |
| 9. | https://twitter.com/josephunion1 | Micro-blogging | Name: Joseph Union\|Screen Name: JosephUnion1\|Description: Am a Christian loves rugby and golf also loves vw camper vans\| | joseph union | Medium |
| 10. | https://twitter.com/jotey23 | Micro-blogging | Name: Joseph union\|Screen Name: Jotey23\| | joseph union | Medium |
| 11. | https://twitter.com/union_broseph | Micro-blogging | Name: Joseph Union\|Screen Name: union_broseph\| | joseph union | Medium |
| 12. | https://twitter.com/union_joseph8 | Micro-blogging | Name: Joseph Union\|Screen Name: union_joseph8\|Description: Jota=ðŸ\| | joseph union | Medium |
| 13. | https://www.battlefields.org/learn/civil-war/battles/chancellorsville | Other | The American Battlefield Trust's Battle of Chancellorsville page includes history articles, battle maps, photos, video, and other historical resources related to this important 1863 Civil War battle in Virginia. | union joseph hooker confederate rober | Medium |
| 14. | https://www.beckershospitalreview.com/hospital-management-administration/providence-st-joseph-union-workers-want-more-access-to-ceo.html | Other | Providence St. Joseph union workers want more access to CEO\|Sep 5, 2019 ... Providence St. Joseph Health union workers voiced frustrations with local media over the lack of access they had to CEO Rod Hochman, MD, ...\| | joseph union | Medium |
| 15. | https://www.loc.gov/newspapers/?fa=location%3Asaint+joseph%7Clocation%3Amissouri&dates=1800-1899&st=list&c=25&all=true | Other | Newspaper, 1800 to 1899, Saint Joseph, Missouri \| Library of ...\|1863 to 1864 1 Saint Joseph Daily Union (St. Joseph, Mo.) 1864-187? 1 Saint Joseph Union (Saint Joseph, Mo.) 1864 to 1869 1 More Titles ...\| | joseph union | Medium |
| 16. | https://www.ncaa.com/game/5825987 | Other | Mount St. Joseph vs Mount Union DIII Mens Volleyball Game ...\|Apr 9, 2021 ... Live scores from the Mount St. Joseph and Mount Union DIII Mens Volleyball game, including box scores, individual and team statistics and ...\| | joseph and mount union | Medium |
| 17. | https://www.voteforvihstadt.com/lookup5/revp559-816 | Other | 559-816 Reverse Phone Lookup CA-5\|5598160461 Amanda S. Pereira, 2522 Valley View Drive, Boston, MA 02110 ; Margarita B. Schrader, 2799 Polk Street, Tucson, AZ 85712.\| | 559-816-2625 | Medium |
| 18. | https://www.bridgespan.org/services/leading-for-impact/leading-for-impact-client-list | Other | Leading for Impact Client List \| Bridgespan\| Atlanta . All About Developmental Disabilities American Red Cross Metropolitan Atlanta Chapter ... St. Joseph Center Union Station Homeless Services\| | joseph center union\|atlanta | Medium |
| 19. | https://www.history.com/topics/american-civil-war/george-g-meade | Other | George G. Meade - HISTORY\|Nov 9, 2009 ... ... V Corps under General Joseph Hooker during the Union defeat at the ... In 1868 Meade briefly served as the governor of the ...\| | joseph hooker during the union\|atlanta | Medium |
| 20. | https://blog.ipleaders.in/case-analysis- | Other | Case analysis : Joseph Shine v. Union of | joseph shine v. union | Medium |

| | | | | | |
|---|---|---|---|---|---|
| | joseph-shine-v-union-india | | India - iPleaders|Aug 19, 2020 ... Case analysis : Joseph Shine v. Union of India ... This article is written by K Pallavi, a student of Law centre 2, Delhi University. A landmark ...| | | |
| 21. | https://discovermass.com/church/st-joseph-union-mo | Other | St. Joseph | Discover Mass|Fr. Thomas J Wissler is pleased to welcome you to the parish of St. Joseph in Union , MO. Mass times for St. Joseph are below. Also, if you need directions ...| | joseph in union | Medium |
| 22. | https://equipboard.com/pros/tyler-joseph/union-tube-transistor-third-man-records-bumble-buzz-yellow-version | Other | Tyler Josephs Union Tube & Transistor Third Man Records Bumble ...|Tyler Joseph . Tyler Josephs Union Tube & Transistor Third Man Records Bumble Buzz (Yellow Version). Missing source icon. This submission needs a source.| | joseph . tyler josephs union | Medium |
| 23. | https://facebook.com/randolphcatholic | Social Network Profiles | Saint Mary and Saint Joseph Parish Cluster - Home | Facebook|Saint Mary and Saint Joseph Parish Cluster, Union City, Indiana. 646 likes Â· 262 were here. This page is the official page of Saint Mary Catholic Church...| | joseph parish cluster, union | Medium |
| 24. | https://malangaconstruction.com/portfolio-view/st-joseph-michaels-church-union-city-nj | Other | St. Joseph & Michaels Church â€" Union City, NJ|Joseph and Michaels Church suffered the tragedy of a fire that damaged the entire structural integrity of the roof trusses and the interior. It wasnt long ...| | joseph &amp; michaels church - union | Medium |
| 25. | https://nuhw.org/providence-st-joseph-watch | Other | Providence St. Joseph Watch - National Union of Healthcare Workers|Keeping a watchful eye on the nations ever expanding third largest hospital chain.| | joseph watch - national union | Medium |
| 26. | https://unionathletics.com/sports/football/roster/noah-joseph/5545 | Other | Noah Joseph - 2012 - Football - Union College Athletics|Noah Joseph (45) LInebacker - 2012: SENIOR SCHOLAR-ATHLETE OF THE YEAR- Presented to student-athlete for performance in the classroom, community, ...| | joseph - 2012 - football - union | Medium |
| 27. | https://voterrecords.com/street/saint+joseph+st-union+city-mi/6 | Other | People who live on Saint Joseph St in Union City, Michigan | Page 6|There are 185 people who live on Saint Joseph St in Union City, Michigan that are registered to vote.| | joseph st in union | Medium |
| 28. | https://wikipedia.org/wiki/atlanta_campaign | Other | Atlanta campaign - Wikipedia|The Atlanta campaign was a series of battles fought in the Western Theater of the American Civil War throughout northwest Georgia and the area around ...| | joseph hooker entrenched. union | Medium |
| 29. | https://www.dignitymemorial.com/obituaries/union-nj/joseph-szyarto-10085924 | Other | Joseph Szyarto Obituary - Union , NJ|Mar 4, 2021 ... Celebrate the life of Joseph Szyarto, leave a kind word or memory and get funeral service information care of McCracken Funeral Home.| | joseph szyarto obituary - union | Medium |
| 30. | https://www.healthgrades.com/physician/dr-joseph-mauti-2p29p | Other | Dr. Joseph Mauti, MD | Union, NJ | Healthgrades|Dr. Joseph Mauti, MD is a Internal Medicine Specialist in Union, NJ. He is affiliated with medical facilities Saint Barnabas Medical Center and Trinitas ...| | joseph mauti, md | union | Medium |
| 31. | https://www.modus.space/case-studies/joseph-joseph-100-union-street-southwark | Other | Joseph Joseph - London - Modus|Joseph Joseph . 100 Union Street, Southwark. 2 / 18. Scroll. slide 2 of 18. Modus Workspace office design, fit out and refurbishment - Joseph Joseph ...| | joseph joseph . 100 union | Medium |
| 32. | https://www.parishesonline.com/find/st-joseph-neier | Other | St. Joseph Neier - Union , MO | Parishes Online|There are no publications to display. Contact information. Address. 2401 Neier Rd Union, MO 63084| | joseph neier - union | Medium |
| 33. | https://www.realtor.com/realestateagents/612cebc37edcd300123472de | Other | Petal Joseph - Union , NJ Real Estate Agent | realtor.comÂ®|Find real estate agent & RealtorÂ® Petal Joseph in Union , NJ on realtor.comÂ®, your source for top rated real estate professionals.| | joseph - union | Medium |
| 34. | https://www.shopstyle.com/g/women/marc-joseph-new-york/union-street-penny-loafer/821041871 | Other | Marc Joseph New York Union Street Penny Loafer - ShopStyle Flats|Shop for Union Street Penny Loafer by Marc Joseph New York at ShopStyle.| | joseph new york union | Medium |

Copyright © 2021 LexisNexis Risk Solutions.