### IN THE UNITED STATES DISTRICT COURT

### FOR THE MIDDLE DISTRICT OF GEORGIA

### MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),**<br><br>Defendant Property.<br><br>---<br><br>**WESTCLIFF TECHNOLOGIES, INC.,**<br><br>Claimant. | Case No.: 5:22-CV-130 (TES) |

### WESTCLIFF TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Westcliff Technologies, Inc. hereby advises the Court that it is a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of Westcliff Technologies, Inc.'s stock.

This 5th day of May, 2022.

By: _____

Vincent Renda, Esq.
Georgia Bar No.: 702171
9565 Waples Street, Suite 200
San Diego, CA 92101
Tel: (858) 868-5000
Fax: (866) 303-8383
Email: vr@pinlegal.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 5th day of May, 2022.

By: _____

Vincent Renda, Esq.
Georgia Bar No.: 702171
9565 Waples Street, Suite 200
San Diego, CA 92101
Tel: (858) 868-5000
Fax: (866) 303-8383
Email: vr@pinlegal.com