# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# David Doss Piper

Bar Number 179889

was duly admitted to practice in this Court on March 8, 2002, and is in good standing as a member of the bar of this Court.



Signed on May 5, 2022 by

*Mark B. Busby*
Mark B. Busby