**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00), <br><br> Defendant Property. | Case No. 5:22-CV-00130-TES |

**NOTICE OF WITHDRAWAL OF CHARLES SCHWAB & CO., INC.'S PETITION FOR REMISSION OR MITIGATION OF FORFEITURE**

Non-Party Charles Schwab & Co., Inc. ("Schwab") submits this Notice of Withdrawal of the Petition for Remission or Mitigation of Forfeiture filed with this Court on May 4, 2022 (*See* Dkt. 6).

Schwab was notified by the U.S. Attorney's Office that the review and decision on the Petition for Remission will be made by the U.S. Attorney's Office and not the Court. As a result, Schwab was instructed to withdraw its Petition. No response to the Petition has been filed and no hearing has been held on the Petition, nor has the Petition ever come before the Court.

Nothing herein constitutes a withdrawal of or otherwise affects Schwab's Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture in Rem filed with this Court on May 4, 2022 (*See* Dkt. 5).

Respectfully submitted, this 10th day of May, 2022

    */s/ Keisha O. Coleman*
Keisha O. Coleman (GA Bar 844720)
BALLARD SPAHR LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309-4421
T: 678.420.9330
F: 678.420.9301
colemank@ballardspahr.com

*AND*

KEESAL, YOUNG & LOGAN

By: */s/ David D. Piper*
    DAVID D. PIPER, CASB No. 179889
    david.piper@kyl.com
    (pro hac vice)
    NITYA BHARDWAJ, CASB No. 340938
    nitya.bhardwaj@kyl.com
    (pro hac vice)
    KEESAL, YOUNG & LOGAN
    A Professional Corporation
    400 Oceangate, Suite 1400
    Long Beach, California 90802
    Telephone:   (562) 436-2000
    Facsimile:   *(562) 436-7416*
    *Attorneys for Charles Schwab & Co., Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: May 10, 2022

              */s/ Keisha O. Coleman*
              Keisha O. Coleman (GA Bar 844720)