IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),<br><br>    Defendant Property. | Civil Action No. 5:22-cv-00130-TES |

**NON-PARTY CHARLES SCHWAB & CO., INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Non-Party Charles Schwab & Co., Inc. states:

The parent corporation of Charles Schwab & Co., Inc. is Schwab Holdings, Inc., which is a wholly owned subsidiary of The Charles Schwab Corporation. The Charles Schwab Corporation is a publicly traded corporation and has no parent corporation. Other than as noted above, no publicly held corporation owns 10% or more of the stock of Charles Schwab & Co., Inc.

2

Respectfully submitted this 10th day of May, 2022.

                                Ballard Spahr LLP

                                */s/ Keisha O. Coleman*
                                Keisha O. Coleman (GA Bar 844720)
                                999 Peachtree Street NE, Suite 1600
                                Atlanta, Georgia 30309
                                T. 678.420.9300
                                F. 678.420.9301
                                colemank@ballardspahr.com
                                *Attorney for Non-Party Charles Schwab & Co., Inc.*

## **CERTIFICATE OF SERVICE**

I certify that, on May 10, 2022, I electronically filed the foregoing with the Clerk of Court using the Court's electronic filing system, which will automatically send a copy to all counsel of record.

This 10th day of May, 2022.

*/s/ Keisha O. Coleman*
Keisha O. Coleman (GA Bar 844720)