# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF GEORGIA

# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 5:22-CV-130 (TES) |
| Plaintiff, | |
| v. | |
| **UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),** | |
| Defendant Property. | |
| **WESTCLIFF TECHNOLOGIES, INC.,** | |
| Claimant. | |

## WESTCLIFF TECHNOLOGIES, INC.'S VERIFIED ANSWER TO VERIFIED

## COMPLAINT FOR FORFEITURE

Pursuant to Federal Rule of Civil Procedure 8(b), Claimant Westcliff Technologies, Inc. ("Claimant") hereby responds to the allegations in each corresponding paragraph of the Complaint as follows:

1. Admit.

2. Admit.

3. Claimant lacks sufficient information to admit or deny these allegations.

4. Claimant lacks sufficient information to admit or deny these allegations.

5. Claimant lacks sufficient information to admit or deny these allegations.

6.  Claimant lacks sufficient information to admit or deny these allegations.

7.  Admit.

8.  Claimant lacks sufficient information to admit or deny these allegations.

9.  Deny.

10. Claimant lacks sufficient information to admit or deny these allegations.

11. Claimant lacks sufficient information to admit or deny these allegations.

12. Claimant lacks sufficient information to admit or deny these allegations.

13. Claimant lacks sufficient information to admit or deny these allegations.

14. Admit.

15. Claimant lacks sufficient information to admit or deny these allegations.

16. Claimant lacks sufficient information to admit or deny these allegations.

17. Claimant lacks sufficient information to admit or deny these allegations.

18. Claimant lacks sufficient information to admit or deny these allegations.

19. Admit.

20. Admit to that Claimant was provided with a "selfie" and Georgia Driver's License for Joseph Union. Claimant lacks sufficient information to admit or deny the remaining allegations.

21. Admit to that Claimant was provided with July 2021 and August 2021 account statements. Claimant lacks sufficient information to admit or deny the remaining allegations.

22. Admit.

23. Admit as to Claimant sending 4.0877 Bitcoin. Deny as to the implied allegation that Westcliff Technologies transferred Bitcoin after funds from a wire transfer were held by Surety Bank due to potentially fraudulent activity.

24. Claimant lacks sufficient information to admit or deny these allegations.

25. Claimant lacks sufficient information to admit or deny these allegations.

26. Claimant lacks sufficient information to admit or deny these allegations.

27. Claimant lacks sufficient information to admit or deny these allegations.

28. Admit as to the seizure of Claimant's assets from Surety Bank. Claimant lacks sufficient information to admit or deny the remaining allegations.

29. Deny.

## Affirmative Defenses

### AFFIRMATIVE DEFENSE 1

### Failure to State Cause of Action

The Complaint, including each and every purported cause of action, fails to state facts sufficient to constitute a cause or causes of action against each answering Claimant.

### AFFIRMATIVE DEFENSE 2

### Waiver

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as each plaintiff's claims are each barred in whole or part by the doctrine of waiver.

/ / /


/ / /

**AFFIRMATIVE DEFENSE 3**

**Estoppel**

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as each plaintiff's claims are each barred in whole or part by the doctrine of estoppel.

**AFFIRMATIVE DEFENSE 4**

**Consent**

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as each plaintiff consented to some or all of the acts complained of and is estopped from asserting that it was wronged from said acts.

**AFFIRMATIVE DEFENSE 5**

**No Proximate Cause**

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as each answering Claimant is informed and believes and thereon alleges that the acts and conduct complained of were not the proximate cause of the damages sought on behalf of each plaintiff.

**AFFIRMATIVE DEFENSE 6**

**Mitigation**

Each plaintiff failed to exercise reasonable care and diligence to avoid and minimize damages, and therefore, each plaintiff may not recover for losses which could have been prevented by reasonable efforts on its part. Each plaintiff's recovery, if any, must be reduced in proportion to the amount attributable to each plaintiff's failure to mitigate its damages.

/ / /

## AFFIRMATIVE DEFENSE 7

### Speculative Damages

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as this answering Claimant is informed and believes that the damages claimed by each plaintiff are uncertain, contingent and/or speculative and the plaintiffs cannot therefore recover such damages.

## AFFIRMATIVE DEFENSE 8

### Unforeseeable Event

The event(s) alleged in the Complaint were not reasonably foreseeable and by reason thereof, this answering Claimant is not responsible for any of the damages or injuries suffered by each plaintiff, if any.

## AFFIRMATIVE DEFENSE 9

### Apportionment of Damages

Any and all injuries, if any, and damages, if any, sustained or suffered by each plaintiff was proximately caused, contributed to, or aggravated by the acts or omissions of persons and entities other than this answering Claimant, in that said persons and entities, and each of them, were careless and negligent concerning the matters alleged in the Complaint. Such negligence and carelessness proximately contributed to the loss, injury, damage or detriment alleged in the Complaint and, therefore, the damages, if any, recoverable by each plaintiff must be diminished in proportion to the fault attributable to such other persons and entities.

/ / /

/ / /

## AFFIRMATIVE DEFENSE 10

### Intervening or Superseding Cause

Any and all injuries, if any, and damages, if any, sustained or suffered by each plaintiff was proximately caused, contributed to or aggravated by the acts or omissions of persons or entities other than this answering Claimant. Said acts or omissions were an intervening and/or superseding cause of the injuries, if any, and damages, if any, thus barring each plaintiff from any recovery against this answering Claimant.

## AFFIRMATIVE DEFENSE 11

### Ambiguity

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as each term of each agreement alleged in the Complaint is so vague and ambiguous that it is unenforceable.

## AFFIRMATIVE DEFENSE 12

### Mistake

As to any conduct of this answering Claimant or any other person or entity, this answering Defendant cannot be held liable therefor, as each claim of each plaintiff is barred, in whole or part, by the doctrine of mistake.

## AFFIRMATIVE DEFENSE 13

### Duress/Undue Influence

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as this Claimant's agreement to each term of each agreement alleged in the Complaint was given while Claimant suffered from duress or undue

influence, and each such term of each agreement is therefore unenforceable against this applicable Claimant.

## AFFIRMATIVE DEFENSE 14

### Failure of Performance

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as each plaintiff failed to perform the essential terms and conditions of each agreement alleged the Complaint.

## AFFIRMATIVE DEFENSE 15

### Impossibility/Impracticability of Performance

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as Claimant's failure to perform each obligation under each agreement alleged in the Complaint, if any, was rendered impossible or impracticable by Act(s) of God, death of an essential party or other loss of other necessary instrumentality(s) of performance, or other supervening events which resulted in the frustration of each agreement's purpose and/or made the performance of the obligations thereunder extraordinarily expensive and/or difficult.

## AFFIRMATIVE DEFENSE 16

### Excuse/Prevention of Performance

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as Claimant's failure to perform each obligation under each agreement alleged in the Complaint, if any, was proximately caused and/or contributed to by the wrongful conduct of each plaintiff.

/ / /

**AFFIRMATIVE DEFENSE 17**

**Accord and Satisfaction**

As to any conduct of this answering Claimant or any other person or entity, this answering Claimant cannot be held liable therefor, as each claim of each plaintiff is barred by an accord and satisfaction between each applicable answering Claimant and each applicable plaintiff.

**AFFIRMATIVE DEFENSE 18**

**No Knowledge of Falsity/Intent to Deceive or Induce Reliance**

Each statement made by this answering Claimant to each plaintiff was made without any knowledge of its falsity, if false, and without any intent to deceive each plaintiff or to induce each plaintiff's reliance upon each statement, and each plaintiff had no reason to rely upon each such statement.

**AFFIRMATIVE DEFENSE 19**

**No Knowledge of Crime**

This answering Claimant had no knowledge of any alleged crime before taking the Defendant Property and could not have reasonably known about any alleged crime when the Defendant Property was taken.

**AFFIRMATIVE DEFENSE 20**

**No Knowledge of Crime**

This answering Claimant received the Defendant Property for value and did not have reason to believe the Defendant Property was obtained as a result of illegal or prohibited activity.

/ / /


/ / /

**AFFIRMATIVE DEFENSE 21**

**Additional Affirmative Defenses**

This answering Claimant has insufficient knowledge or information upon which to form a belief as to where it may have additional, as yet unstated, affirmative defenses available. This answering Claimant reserves the right to assert additional affirmative defenses in the event discovery indicates they would be appropriate.

WHEREFORE, Claimant prays for judgment as follows:

a) That each plaintiff takes nothing by virtue of the Complaint;

b) That if any plaintiff is awarded damages, those damages be apportioned among all parties, persons and entities, and/or their agents, servants and employees whose conduct combined to contribute thereto;

c) For the costs of suit incurred herein; and

d) For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

PINNACLE LEGAL, P.C.

By: _____
        Vincent Renda, Esq.
        Georgia Bar No.: 702171
        9565 Waples Street, Suite 200
        San Diego, CA 92101
        Tel: (858) 868-5000
        Fax: (866) 303-8383
        Email: vr@pinlegal.com

## **VERIFICATION**

     I, Andrew Jasco, am an officer of the Claimant Westcliff Technologies, Inc. I have read the foregoing Answer and know the contents thereof. The statements made therein are true of my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe them to be true.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Andrew Jasco*
ID dtprNTJheUxGLfAH2sFbXXvk

Andrew Jasco

## **CERTIFICATE OF SERVICE**

      This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 25th day of May, 2022.

              By: _____

              Vincent Renda, Esq.
              Georgia Bar No.: 702171
              9565 Waples Street, Suite 200
              San Diego, CA 92101
              Tel: (858) 868-5000
              Fax: (866) 303-8383
              Email: vr@pinlegal.com