IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),<br>　　　　Defendant Property,<br><br>CHARLES SCHWAB & CO., INC.,<br>　　　　Claimant,<br><br>WESTCLIFF TECHNOLOGIES, INC.,<br>　　　　Claimant. | CASE NO.: 5:22-CV-130 (TES) |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on April 1, 2022, and ending on April 30, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2022, at Macon, Georgia.

                    PETER D. LEARY
                    UNITED STATES ATTORNEY

BY:   */s/ Michael D. Morrison*
        MICHAEL D. MORRISON
        Assistant United States Attorney
        Georgia Bar No.: 153001
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2682
        Email: Mike.Morrison@usdoj.gov

## CERTIFICATE OF SERVICE

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that on this date, I electronically filed the within and foregoing **Declaration of Publication** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED, this 8th day of August, 2022.

                                  PETER D. LEARY
                                  UNITED STATES ATTORNEY

BY:    */s/ Michael D. Morrison*
           MICHAEL D. MORRISON
           Assistant United States Attorney
           Georgia Bar No.: 153001
           United States Attorney's Office
           Post Office Box 1702
           Macon, Georgia 31202-1702
           Telephone: (478) 752-3511
           Facsimile: (478) 621-2682
           Email: Mike.Morrison@usdoj.gov