IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff, | CASE NO.: 5:22-CV-130 (TES) |
| v. | |
| **UNITED STATES FUNDS SEIZED FROM SURETY BANK, ACCOUNT NO. 1017193, IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00),**<br>Defendant Property, | |
| **CHARLES SCHWAB & CO., INC.,**<br>Claimant, | |
| **WESTCLIFF TECHNOLOGIES, INC.,**<br>Claimant. | |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, Claimant Charles Schwab & Co., Inc., through their counsel, David D. Piper, Esq., and Claimant Westcliff Technologies, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby voluntarily stipulate to the dismissal of the Verified Complaint for Forfeiture.

1.  The property affected by this dismissal is described as two hundred thousand dollars ($200,000.00) in United States funds. The United States has been notified that Claimants Charles Schwab & Co., Inc. and Westcliff Technologies, Inc.,

through their respective counsel, have agreed that each entity has a mutual interest in the subject property, and wish to compromise and settle this matter without incurring the time and expense of additional litigation or discovery, with one half of the seized funds being released to each entity.

2. Based on the independent agreement between Claimants Charles Schwab & Co., Inc. and Westcliff Technologies, Inc., the United States agrees to this dismissal. The United States shall release one hundred thousand dollars ($100,000.00) in United States funds to each Claimant. In addition, any accrued interest, if any, will also be returned to each Claimant on a pro rata share.

3. Claimants agree to waive any further right or entitlement to challenge any disposition of this case. Claimants expressly agree to hold harmless, release, and forever discharge the United States, its officers, agents, attorneys, servants, and employees, from any and all actions, causes of actions, suits, proceedings, debts, dues, contracts, judgments, damages, claims, or demands whatsoever in law or equity which Claimants, their successors, or assigns, ever had, now have, or may have, whether known or unknown, arising from and in connection with the seizure of the Defendant Property.

4. This stipulation of dismissal shall not affect any federal income tax liability of Claimants which may arise. The United States and the Claimants agree to bear their own costs and fees pursuant to 28 U.S.C. §§ 2412 and 2465.

SO STIPULATED, this 2nd day of September, 2022.

                PETER D. LEARY
                UNITED STATES ATTORNEY


BY:    */s/ Michael D. Morrison*
        MICHAEL D. MORRISON
        Assistant United States Attorney
        Georgia Bar No.: 153001
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2682
        Email: Mike.Morrison@usdoj.gov


                PINNACLE LEGAL, P.C.


BY:    */s/Vincent Renda, Esq.*
        VINCENT RENDA, ESQ.
        Georgia Bar No.: 702171
        9565 Waples Street, Suite 200
        San Diego, California 92101
        Telephone: (858) 868-5000
        Facsimile: (866) 303-8383
        Email: vr@pinlegal.com


        Attorney for Claimant
        WESTCLIFF TECHNOLOGIES, INC.

BALLARD SPAHR LLP

BY: */s/ Keisha O. Coleman*
Keisha O. Coleman
Georgia Bar No.: 844720
BALLARD SPAHR LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309-4421
Telephone: (678) 420-9330
Facsimile: (678) 420-9301
Email: colemank@ballardspahr.com

KEESAL, YOUNG & LOGAN

BY: */s/ David D. Piper, Esq.*
DAVID D. PIPER, ESQ., CASB No. 179889
Email: david.piper@kyl.com
(Admitted Pro Hac Vice)
NITYA BHARDWAJ, CASB No. 340938
Email: nitya.bhardwaj@kyl.com
(Admitted Pro Hac Vice)
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Claimant
CHARLES SCHWAB & CO., INC.